PENACHIO MALARA LLP
Counsel for the Debtor
245 Main Street, Suite 450
White Plains, New York 10601
(914) 946-2889

Anne Penachio, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In re:

                                                      CHAPTER 13

GREGORY W. CAGLIONE,

                                                      CASE NO.: 25-22392-cgm
                                    Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

**GREGORY W. CAGLIONE,** debtor herein, by and through his counsel, Penachio

Malara LLP, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby submits this

Statement of Issues and Designation of the Record on Appeal and respectfully states as follows:

### Statement of Issues Presented

1.     Did the Bankruptcy Court commit reversible error when it denied the Debtor's

unopposed application to set aside the judgment lien of KeyBank National Association as

impairing his Homestead Exemption under 11 U.S.C. § 522?

### Designation of the Record on Appeal

The Debtor hereby designates the following items to be included in the record on appeal:

1.  Chapter 13 Petition [Dkt. No. 1] dated May 2, 2025

2.  Notice of Appearance of KeyBank National Association [Dkt. No. 5] dated May 7,

2025

3.  Schedules [Dkt. No. 16] dated May 15, 2025

4.  Motion of Debtor to Avoid Lien of KeyBank National Association as Impairing his Homestead Exemption [Dkt. No. 26] dated July 31, 2025

5.  Notice of Presentment of Order Approving the Debtor's Motion to avoid the lien of KeyBank National Association as Impairing his Homestead Exemption  [Dkt. No. 27] dated July 31, 2025

6.  Notice of Hearing to consider the Motion to Avoid Lien of Keybank National as Impairing the Debtor's Homestead Exemption  [Dkt. No. 31] dated August 25, 2025

7.  Order Denying Motion to Avoid Lien of KeyBank National Association as Impairing the Debtor's Homestead Exemption [ Dkt. No. 33] dated September 18, 2025

8.  Notice of Appeal of Order Denying Motion to Avoid Lien of KeyBank National Association as Impairing the Debtor's Homestead Exemption [Dkt. No. 34] dated September 26, 2025

9.  Transcript regarding Hearing Held on September 10, 2025  [Dkt. No. To Be Determined; Entry Pending]

Dated:  October 1, 2025
          White Plains, New York

**PENACHIO MALARA LLP**
**/s/**Anne Penachio
Anne Penachio, Esq.
Counsel to the Debtor
245 Main Street - Suite 450
White Plains, NY 10601
(914) 946-2889