# 25-cv-08182 (PMH)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re:**

**GREGORY CAGLIONE,**

*Appellant,*

**- against -**

**KEY BANK, NATIONAL ASSOCIATION,**

*Appellee.*

**APPEAL FROM THE ORDER OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK DATED SEPTEMBER 18, 2025 WHICH DENIED THE APPELLANT'S MOTION TO SET ASIDE THE JUDGMENT LIEN OF KEY BANK, NA AS IMPAIRING HIS HOMESTEAD EXEMPTION PURSUANT TO SECTION 522(F) OF THE BANKRUTPCY CODE AND DECLARING THAT SUCH LIEN IS NULL AND VOID [DKT. NO. 33]**

**DEBTOR/APPELLANT APPENDIX**

**PENACHIO MALARA, LLP**
**Attorneys for Appellant**
**245 Main Street – Suite 450**
**White Plains, New York 10601**
**(914) 946-2889**
**anne@pmlawllp.com**

[PAGE INTENTIONALLY LEFT BLANK]

## **Table of Contents**

### Relevant Docket Entries

A.    May 2, 2025:   Chapter 13 Petition [Dkt. No. 1] ....................[A-1–11]

B.    May 7, 2025: Notice of Appearance of KeyBank National
      Association [Dkt. No. 5] ………………………………….[A-12-13]

C.    May 15, 2025: Schedules [Dkt. No. 16] ……………….…[A-14-44]

D.    July 31, 2025:  Motion to Set Aside the Judgment Lien
       of Key Bank, NA as Impairing His Homestead Exemption
      Pursuant to Section 522(F) of the Bankrutpcy Code and
      Declaring that such lien is Null and Void
      [Dkt. No. 26] …………………………………………..…[A-45-49]

      Exhibit A –  Appraisal [Dkt. No. 26-1]…………………… [A-50-71]
      Exhibit B  -  Claims of Mortgage Holder [Dkt. 26-2]………[A-72-74]
      Exhibit C -   Key Bank Judgment [Dkt. 26-3……….………[A-75-79]

E.    July 31, 2025:  Notice of Presentment of Order Approving
      the Debtor's Motion to avoid the Lien of KeyBank National
      Association as Impairing his Homestead Exemption
      [Dkt. No. 27]..…………………………………………….…[A-80-83]

F.    September 18, 2025:Order Denying Motion to Avoid Lien
      of Key bank National Association As Impairing Debtor's
      Homestead Exemption Pursuant to Section 522(f) of the
      Bankruptcy Code and Declaring that Such Lien is Null and
      Void……………………………………………………….[A-84]

G.    Bankruptcy Code Docket………………………………..[A-85-90]

### Notice of Appeal

A. September 26, 2025:  Notice of Appeal and
   Statement of Election (Dkt. No 34)………………………..[A-91-93]

B. September 26, 2025:  Civil Cover Sheet [Dkt. No. 34-1]…[A-94-95]

C. October 1, 2025:  Statement of issues and Designation of the
  Record (Dkt No.35)…………………………………….[A- 96-97]

Transcripts

D. October 2, 2025:  Transcript of hearing held on September 10, 2025
  (Dkt. No. 37) ………………………………………….[A-98-108]