**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Gregory<br>First name<br><br>W.<br>Middle name<br><br>Caglione<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8446 | |

A001

Debtor 1   Gregory W. Caglione _____        Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |
| **5.** **Where you live** | | **If Debtor 2 lives at a different address:** |
| | 219 Waters Edge<br>Valley Cottage, NY 10989<br>Number, Street, City, State & ZIP Code | _____<br>Number, Street, City, State & ZIP Code |
| | Rockland<br>County | _____<br>County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | _____<br>Number, P.O. Box, Street, City, State & ZIP Code | _____<br>Number, P.O. Box, Street, City, State & ZIP Code |

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

A002

Debtor 1    Gregory W. Caglione _____    Case number *(if known)* _____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☒ Chapter 13

---

**8.** **How you will pay the fee**

☒ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

☒ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐    No. Go to line 12.

☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

A003

Debtor 1  Gregory W. Caglione _____    Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*
☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

---

A004

Debtor 1    Gregory W. Caglione                          Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

| **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy.  You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☒ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

A005

Debtor 1    Gregory W. Caglione                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☒ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☒ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Gregory W. Caglione
_____        _____
Gregory W. Caglione                         Signature of Debtor 2
Signature of Debtor 1

Executed on    May 2, 2025                Executed on    _____
              MM / DD / YYYY                            MM / DD / YYYY

A006

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 6

Debtor 1    Gregory W. Caglione _____    Case number *(if known)* _____

---

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

**If you are not represented by an attorney, you do not need to file this page.**

/s/ Anne Penachio, Esq _____    Date    May 2, 2025 _____
Signature of Attorney for Debtor                                      MM / DD / YYYY

Anne Penachio, Esq _____
Printed name

Penachio Malara LLP _____
Firm name

245 Main Street
Suite 450
White Plains, NY 10601 _____
Number, Street, City, State & ZIP Code

Contact phone   (914) 946-2889 _____    Email address    anne@pmlawllp.com _____

NY _____
Bar number & State

---

A007

Debtor 1    Gregory W. Caglione _____    Case number *(if known)* _____

| Fill in this information to identify your case: | |
|---|---|

Debtor 1            Gregory W. Caglione _____
                    First Name              Middle Name              Last Name

Debtor 2            _____
(Spouse if, filing)    First Name              Middle Name              Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK _____

Case number            _____
(if known)

☐ Check if this is an
   amended filing

## FORM 101. VOLUNTARY PETITION ATTACHMENT

### Request for a 30-day temporary waiver of the requirement to file a certificate of completion of credit counseling.

certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

Explanation of efforts Debtor 1 made to obtain the briefing, why Debtor 1 was unable to obtain it before Debtor 1 filed for bankruptcy, and what exigent circumstances required Debtor 1 to file this case:

Debtor is facing threat of seizure of assets by creditor and filed on an emergency basis to implicate the stay.

A008

**United States Bankruptcy Court**
**Southern District of New York**

In re    Gregory W. Caglione
                                            Debtor(s)

Case No.
Chapter    13

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    May 2, 2025                    /s/ Gregory W. Caglione
                                        Gregory W. Caglione
                                        Signature of Debtor

American Express
PO Box 1270
Newark, NJ 07101


Barclays
P.O. Box 8801
Wilmington, DE 19899


Best Egg
PO Box 42912
Philadelphia, PA 19101


Capital One
P.O. Box 71142
Charlotte, NC 28272


Chase Cardmember Services
P.O. Box 6294
Carol Stream, IL 60197


Chase Marriot
P.O. Box 6294
Carol Stream, IL 60197


First National Bank of Omaha
1620 Dodge St. Stop 3105
Omaha, NE 68197


Home Depot Credit Services
P.O. Box 70600
Philadelphia, PA 19176


Honda Finance
P.O. Box 1027
Alpharetta, GA 30009


Internal Revenue Service
290 Broadway
New York, NY 10007


Key Bank National Assoc
726 Exchange St
Suite 900
Buffalo, NY 14210


Lexus Finance
PO Box 4102
Carol Stream, IL 60197


Loan Asset Issuer LLC Series 2021
M1 Serviced by Upgrade, Inc.
275 Battery St. Ste. 2300
San Francisco, CA 94111


A010

Mark Philip Display Systems, Inc.
14 Tratalar Court
Nanuet, NY 10954


Mark Stein, Esq.
P.O. Box 22878
Rochester, NY 14692


MGM Bankcard Payment Processing
PO Box 2557
Omaha, NE 68103


Mr. Cooper
P.O. Box 619098
Dallas, TX 75261


New York State Dept of Taxation
Harriman Campus Rd.
Albany, NY 12227


One Main Financial
PO Box 3662
Evansville, IN 47735-366


Wells Fargo Auto
P.O. Box 6995
Portland, OR 97228

A011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

    GREGORY W. CAGLIONE,

                 Debtor(s).

**IN PROCEEDINGS**
**UNDER CHAPTER 13**

Case No. 25-22392-cgm

**NOTICE OF APPEARANCE**

       Adam M. Brasky, and the law firm of Rupp Pfalzgraf LLC, attorneys for KeyBank

National Association, creditor and party-in-interest herein, hereby enter their appearance in the

above-named case on behalf of that creditor.  Rupp Pfalzgraf LLC requests that it be placed on

the mailing matrix in the above case and be made "special notice parties" in the case.  Further,

pursuant to Bankruptcy Rules 2002(g), the undersigned hereby requests that all notices given or

required to be given in this case and all papers served or required to be served in this case be

given and served upon the undersigned.


       **PLEASE TAKE FURTHER NOTICE** that the foregoing requested documents

include not only the notices and papers referred to in Bankruptcy Rule 2002, but also include,

without limitation, orders and notices of any application, motion, petition, pleading, request,

complaint or demand, whether formal or informal, whether written or oral and whether

transmitted by mail, delivery, telephone, telegraph, telex or otherwise:  (1) which affect or seek

to affect in any way of the above creditor's rights or interests with respect to the Debtor, property

A012

A013

or proceeds thereof in which the Debtors may claim an interest, or proceeds thereof in possession, custody or control of the above-named creditor which Debtors may seek to use, and (2) which require or seek to require an act, delivery of any property, payment or other conduct by the above-named creditor.

**PLEASE TAKE FURTHER NOTICE** that Rupp Pfalzgraf LLC (Adam M. Brasky, Esq.) hereby consents to electronic notification.

DATED:  May 7, 2025            **RUPP PFALZGRAF LLC**
   Buffalo, New York        Attorneys for KeyBank National Association

          By: s/Adam M. Brasky
           Adam M. Brasky, Esq.
          Office and Post Office Address
          1600 Liberty Building
          Buffalo, New York 14202-3694
          Telephone:  (716) 854-3400
          Email:  brasky@rupppfalzgraf.com

A013

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Gregory W. Caglione | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number    25-22392
(if known)

☐ Check if this is an
   amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | **Summarize Your Assets** |
|---|---|

|  | **Your assets**<br>Value of what you own |
|---|---|

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................. $ 385,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B...................................................... $ 34,644.00

   1c. Copy line 63, Total of all property on Schedule A/B.............................................................. $ 419,644.00

| Part 2: | **Summarize Your Liabilities** |
|---|---|

|  | **Your liabilities**<br>Amount you owe |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ 440,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. $ 50,000.00

   3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ 267,952.00

**Your total liabilities** $ 757,952.00

| Part 3: | **Summarize Your Income and Expenses** |
|---|---|

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.............................................................. $ 16,214.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.......................................................... $ 15,372.00

| Part 4: | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum        **Summary of Your Assets and Liabilities and Certain Statistical Information**        page 1 of 2

A014

Debtor 1   Gregory W. Caglione                              Case number *(if known)*  25-22392

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   | | Total claim |
   |---|---|
   | **From Part 4 on *Schedule E/F*, copy the following:** | |
   | 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
   | 9d. Student loans. (Copy line 6f.) | $ _____ |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
   | | |
   | 9g. **Total.** Add lines 9a through 9f. | $ _____ |

A015

**Fill in this information to identify your case and this filing:**

Debtor 1    Gregory W. Caglione
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number    25-22392

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
| --- | --- |

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes.   Where is the property?

1.1

219 Waters Edge Valley Cottage, NY
Street address, if available, or other description

Valley Cottage          NY     10989
City                    State   ZIP Code

Rockland
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**     **Current value of the portion you own?**
$770,000.00                                   $385,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..........................................................................=>    $385,000.00

| Part 2: | Describe Your Vehicles |
| --- | --- |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

A016

Debtor 1    Gregory W. Caglione                                      Case number (if known)    25-22392

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | Make: | Porsche | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|

3.1   Make:   Porsche
      Model:   Macan
      Year:   2020
      Approximate mileage:   45,000
      Other information:

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**

$30,000.00           $30,000.00

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................................................=>**

$30,000.00

| **Part 3:** | Describe Your Personal and   Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☒ Yes.   Describe.....

    | Necessary and Ordinary Household Goods and Furnishings | $2,500.00 |
    |---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☒ Yes.   Describe.....

    | Cell phone, TVs | $500.00 |
    |---|---|

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☒ No
    ☐ Yes.   Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☒ No
    ☐ Yes.   Describe.....

10.  **Firearms**
     *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
     ☒ No
     ☐ Yes.   Describe.....

11.  **Clothes**
     *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
     ☐ No
     ☒ Yes.   Describe.....

Official Form 106A/B                      Schedule A/B: Property                      page 2

A017

| Debtor 1 | Gregory W. Caglione | Case number *(if known)* | 25-22392 |

| Necessary and Ordinary Wearing Apparel | $550.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☒ Yes.   Describe.....

| Wedding band | $100.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☒ No
☐ Yes.   Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes.   Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............................................................................

| $3,650.00 |

### Part 4:   Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☒ No
☐ Yes................................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes........................                    Institution name:

| 17.1. | Checking | Wells Fargo | $297.00 |
| 17.2. | Checking | Citibank | $697.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No
☐ Yes..................                    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☒ No
☐ Yes.   Give specific information about them...................
                    Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
                    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☒ Yes. List each account separately.

Schedule A/B: Property

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

A018

| Debtor 1 | Gregory W. Caglione | Case number *(if known)* | 25-22392 |
|---|---|---|---|

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) | Fidelity | Unknown |

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No
☐ Yes. .....................            Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............          Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes.   Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes.   Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes.   Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29.  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes.   Give specific information..

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☒ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes.   Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☒ No

| Official Form 106A/B | Schedule A/B: Property | page 4 |
|---|---|---|

Debtor 1     Gregory W. Caglione                                          Case number *(if known)*   25-22392

☐ Yes.    Describe each claim........

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes.    Describe each claim.........

35.  **Any financial assets you did not already list**
☒ No
☐ Yes.    Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................**

|  | $994.00 |
|---|---|

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes.   Go to line 38.

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.   Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

|  | $0.00 |
|---|---|

**Part 8:**   List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55.  **Part 1: Total real estate, line 2**  ............................................................................................................. | | $385,000.00 |
| 56.  **Part 2: Total vehicles, line 5** | $30,000.00 | |
| 57.  **Part 3: Total personal and household items, line 15** | $3,650.00 | |
| 58.  **Part 4: Total financial assets, line 36** | $994.00 | |
| 59.  **Part 5: Total business-related property, line 45** | $0.00 | |
| 60.  **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61.  **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62.  **Total personal property.** Add lines 56 through 61... | $34,644.00 | Copy personal property total     $34,644.00 |
| 63.  **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $419,644.00 |

Official Form 106A/B                        Schedule A/B: Property                                page 5

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

A020

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Gregory W. Caglione | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number    25-22392
(if known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 219 Waters Edge Valley Cottage, NY , Valley Cottage, NY 10989 Rockland County<br>Line from *Schedule A/B*: 1.1 | $385,000.00 | ☒ $204,825.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5206 |
| 2020 Porsche Macan 45,000 miles<br>Line from *Schedule A/B*: 3.1 | $30,000.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| 2020 Porsche Macan 45,000 miles<br>Line from *Schedule A/B*: 3.1 | $30,000.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(8) |
| Necessary and Ordinary Household Goods and Furnishings<br>Line from *Schedule A/B*: 6.1 | $2,500.00 | ☒ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| Cell phone, TVs<br>Line from *Schedule A/B*: 7.1 | $500.00 | ☒ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

A021

Debtor 1  Gregory W. Caglione     Case number (if known)  25-22392

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Necessary and Ordinary Wearing Apparel<br>Line from *Schedule A/B*: 11.1 | $550.00 | ☒ $550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| Wedding band<br>Line from *Schedule A/B*: 12.1 | $100.00 | ☒ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(6) |
| Fidelity<br>Line from *Schedule A/B*: 21.1 | Unknown | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☒  No

☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

     ☐  No

     ☐  Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

A022

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Gregory W. Caglione | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number 25-22392
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:       List All Secured Claims**

| | Column A | Column B | Column C |
|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.   If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.1   Mr. Cooper**

Creditor's Name

P.O. Box 619098
Dallas, TX 75261
Number, Street, City, State & Zip Code

| | Column A | Column B | Column C |
|---|---|---|---|
| | $390,000.00 | $770,000.00 | $0.00 |

Describe the property that secures the claim:

219 Waters Edge Valley Cottage, NY ,
Valley Cottage, NY 10989
Rockland County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)      Mortgage

Date debt was incurred _____      Last 4 digits of account number   5851

**2.2   Wells Fargo Auto**

Creditor's Name

P.O. Box 6995
Portland, OR 97228
Number, Street, City, State & Zip Code

| | Column A | Column B | Column C |
|---|---|---|---|
| | $50,000.00 | $30,000.00 | $20,000.00 |

Describe the property that secures the claim:

2020 Porsche Macan 45,000 miles

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____      Last 4 digits of account number   1760

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $440,000.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $440,000.00 |

Official Form 106D       Schedule D: Creditors Who Have Claims Secured by Property       page 1 of 2

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

A023

Debtor 1    Gregory W. Caglione                                Case number (if known)    25-22392

First Name        Middle Name        Last Name

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

A024

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Gregory W. Caglione |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number   25-22392
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:     List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☒ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | Internal Revenue Service | Last 4 digits of account number _____ | $50,000.00 | $50,000.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
290 Broadway
New York, NY 10007
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| 2.2 | New York State Dept of Taxation | Last 4 digits of account number _____ | Unknown | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
Harriman Campus Rd.
Albany, NY 12227
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Part 2:     List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

Official Form 106 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 1 of 6

A025

Debtor 1    Gregory W. Caglione                                    Case number (if known)    25-22392

☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.1** American Express
Nonpriority Creditor's Name
PO Box 1270
Newark, NJ 07101
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    4007                                $19,254.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card purchases

**4.2** Barclays
Nonpriority Creditor's Name
P.O. Box 8801
Wilmington, DE 19899
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    9284                                $18,254.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card purchases

**4.3** Best Egg
Nonpriority Creditor's Name
PO Box 42912
Philadelphia, PA 19101
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    6648                                $30,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card purchases

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

A026

Debtor 1  Gregory W. Caglione                                    Case number (if known)    25-22392

| 4.4 | Best Egg | Last 4 digits of account number | 6210 | $9,000.00 |

**Nonpriority Creditor's Name**
PO Box 42912
Philadelphia, PA 19101
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

| 4.5 | Capital One | Last 4 digits of account number | 5101 | $11,250.00 |

**Nonpriority Creditor's Name**
P.O. Box 71142
Charlotte, NC 28272
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

| 4.6 | Chase Cardmember Services | Last 4 digits of account number | 3970 | $2,200.00 |

**Nonpriority Creditor's Name**
P.O. Box 6294
Carol Stream, IL 60197
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

| 4.7 | Chase Marriot | Last 4 digits of account number | 1653 | $8,800.00 |

**Nonpriority Creditor's Name**
P.O. Box 6294
Carol Stream, IL 60197
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

A027

Debtor 1   Gregory W. Caglione                                    Case number (if known)   25-22392

**4.8**   First National Bank of Omaha
Nonpriority Creditor's Name

Last 4 digits of account number _____                       Unknown

1620 Dodge St. Stop 3105
Omaha, NE 68197
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Loan

---

**4.9**   Home Depot Credit Services
Nonpriority Creditor's Name

Last 4 digits of account number   5302                             $10,200.00

P.O. Box 70600
Philadelphia, PA 19176
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

**4.10**   Key Bank National Assoc
Nonpriority Creditor's Name

Last 4 digits of account number _____                       $135,000.00

726 Exchange St
Suite 900
Buffalo, NY 14210
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

A028

Debtor 1  Gregory W. Caglione                              Case number (if known)    25-22392

---

**4.1
1**

**Loan Asset Issuer LLC Series 2021**
Nonpriority Creditor's Name
M1 Serviced by Upgrade, Inc.
275 Battery St. Ste. 2300
San Francisco, CA 94111
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____            Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

**4.1
2**

**Mark Philip Display Systems, Inc.**
Nonpriority Creditor's Name
14 Tratalar Court
Nanuet, NY 10954
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____            Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

**4.1
3**

**Mark Stein, Esq.**
Nonpriority Creditor's Name
P.O. Box 22878
Rochester, NY 14692
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____            $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Notice Purposes Only

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

A029

Debtor 1  Gregory W. Caglione                          Case number (if known)    25-22392

| 4.14 | MGM Bankcard Payment Processing | | Last 4 digits of account number | 7146 | $7,400.00 |
|---|---|---|---|---|---|

**Nonpriority Creditor's Name**
PO Box 2557

Omaha, NE 68103
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

| 4.15 | One Main Financial | | Last 4 digits of account number | 0632 | $16,594.00 |
|---|---|---|---|---|---|

**Nonpriority Creditor's Name**
PO Box 3662
Evansville, IN 47735-366
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 50,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 50,000.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 267,952.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 267,952.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

A030

**Fill in this information to identify your case:**

Debtor 1      Gregory W. Caglione
              First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number      25-22392
(if known)

☐ Check if this is an
  amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
| --- | --- |
| 2.1   Honda Finance<br>P.O. Box 1027<br><br>Alpharetta, GA 30009 | 2024 Honda Civic with 11,000 miles on it. Lease ends in 2 years |
| 2.2   Lexus Finance<br>PO Box 4102<br>Carol Stream, IL 60197 | 2023 Lexus Rx 350 with 8,000 miles. 2 years left on the lease |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

A031

**Fill in this information to identify your case:**

Debtor 1    Gregory W. Caglione
             First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number    25-22392
(if known)

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                      12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☒ No
☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| **3.1** <br> Name <br><br> Number    Street <br> City         State         ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** <br> Name <br><br> Number    Street <br> City         State         ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Official Form 106H
Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

A032

Page 1 of 1
Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1      Gregory W. Caglione

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number      25-22392
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 1. **Fill in your employment information.** | **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| If you have more than one job, attach a separate page with information about additional employers. | **Occupation** | Manager | |
| Include part-time, seasonal, or self-employed work. | **Employer's name** | Icon International Inc. | |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | 4 Stamford Plaza<br>107 Elm Street<br>Stamford, CT 06902 | |
| | **How long employed there?** | approx. 3 years | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 30,000.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 30,000.00 | $ N/A |

A033

Debtor 1 _Gregory W. Caglione_____   Case number (*if known*) _25-22392_____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** ...................................................................................... | 4. | $ 30,000.00 | $ N/A |

5.  **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 11,430.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 600.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 442.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 1,314.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + $ N/A |

6.  **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.  $ 13,786.00    $ N/A

7.  **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.  $ 16,214.00    $ N/A

8.  **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ N/A |

9.  **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9.  $ 0.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.     10.  $ 16,214.00 + $ N/A = $ 16,214.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____     11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies     12.  $ 16,214.00

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☒   No.
    ☐   Yes. Explain: _____

A034

Fill in this information to identify your case:

Debtor 1 _____Gregory W. Caglione_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number __25-22392_____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☒ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 3,950.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 200.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 400.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ 900.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ 300.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 725.00 |
| 6d. | Other. Specify: Alarm system ADT | 6d. $ 80.00 |

Official Form 106J                    **Schedule J: Your Expenses**                    page 1

A035

Debtor 1    Gregory W. Caglione _____    Case number (if known)    25-22392 _____

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. $ | 2,450.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 175.00 |
| 10. | **Personal care products and services** | 10. $ | 250.00 |
| 11. | **Medical and dental expenses** | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 1,000.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 200.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 100.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | |
|---|---|---|
| 15a. Life insurance | 15a. $ | 595.00 |
| 15b. Health insurance | 15b. $ | 0.00 |
| 15c. Vehicle insurance | 15c. $ | 1,295.00 |
| 15d. Other insurance. Specify: _____ | 15d. $ | 0.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. $    0.00

17. **Installment or lease payments:**

| | | |
|---|---|---|
| 17a. Car payments for Vehicle 1 | 17a. $ | 594.00 |
| 17b. Car payments for Vehicle 2 | 17b. $ | 1,295.00 |
| 17c. Other. Specify: Car 3-Son's car | 17c. $ | 469.00 |
| 17d. Other. Specify: _____ | 17d. $ | 0.00 |

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. $    0.00

19. **Other payments you make to support others who do not live with you.**    $    0.00
Specify: _____    19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

| | | |
|---|---|---|
| 20a. Mortgages on other property | 20a. $ | 0.00 |
| 20b. Real estate taxes | 20b. $ | 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |

| | | |
|---|---|---|
| 21. **Other:** Specify: Parking | 21. +$ | 50.00 |
| Pet care | +$ | 75.00 |
| Gym | +$ | 69.00 |

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | 15,372.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 15,372.00 |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 16,214.00 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 15,372.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | 842.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.    Explain here: _____

A036

**Fill in this information to identify your case:**

Debtor 1    Gregory W. Caglione
        First Name         Middle Name         Last Name

Debtor 2
(Spouse if, filing)    First Name         Middle Name         Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number    25-22392
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.   Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X   /s/ Gregory W. Caglione          X _____

    Gregory W. Caglione                 Signature of Debtor 2
    Signature of Debtor 1

    Date    May 7, 2025            Date _____

Official Form 106Dec        **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Gregory W. Caglione |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 25-22392 |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

**1.    What is your current marital status?**

☒  Married
☐  Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☒  No
☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒  No
☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐  No
☒  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | $80,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that: (January 1 to December 31, 2023 )** | ☒ Wages, commissions, bonuses, tips | $456,893.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

A038

Debtor 1    Gregory W. Caglione    Case number *(if known)*  25-22392

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☒ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page **2**

A039

Debtor 1    Gregory W. Caglione                                          Case number *(if known)*  25-22392

---

**Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐  No
    ☒  Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| First National Bank of Omaha v. Gregory Caglione<br>031303/2025 | Consumer Credit | Rockland County Supreme Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒  No. Go to line 11.
    ☐  Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☒  No
    ☐  Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ☒  No
    ☐  Yes

**Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ☒  No
    ☐  Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ☒  No
    ☐  Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☒  No
    ☐  Yes.    Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page **3**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

A040

| Debtor 1 | Gregory W. Caglione | Case number *(if known)* | 25-22392 |
|---|---|---|---|

---

**Part 7:**  **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Penachio Malara, LLP 245 Main Street, Suite 450 White Plains, NY 10601 | Legal Fee | May 2, 2025 | $3,813.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

A041

| Debtor 1 | Gregory W. Caglione | Case number (if known) 25-22392 |
|---|---|---|

**22.  Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

### Part 9:    Identify Property You Hold or Control for Someone Else

**23.  Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes.   Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

### Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25.  Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

### Part 11:   Give Details About Your Business or Connections to Any Business

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

| Official Form 107 | Statement of Financial Affairs for Individuals Filing for Bankruptcy | page 5 |
|---|---|---|

Best Case Bankruptcy

A042

Debtor 1    Gregory W. Caglione                                                Case number *(if known)* 25-22392

☒    **No. None of the above applies.   Go to Part 12.**

☐    **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

28.    **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒    **No**
☐    **Yes. Fill in the details below.**

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:**    **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Gregory W. Caglione                                    _____

Gregory W. Caglione                                        **Signature of Debtor 2**
**Signature of Debtor 1**

**Date**    May 7, 2025                                    **Date**    _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

A043

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re  Gregory W. Caglione        Case No.  25-22392

Debtor(s)      Chapter  13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ..................................................... $    8,813.00

Prior to the filing of this statement I have received ....................................... $    3,813.00

Balance Due ................................................................................................... $    5,000.00

2. The source of the compensation paid to me was:

☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 7, 2025

*Date*

/s/ Anne Penachio, Esq

Anne Penachio, Esq
*Signature of Attorney*
Penachio Malara LLP
245 Main Street
Suite 450
White Plains, NY 10601
(914) 946-2889   Fax:
anne@pmlawllp.com
*Name of law firm*

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

A044

PENACHIO MALARA LLP
245 Main Street - Suite 450
White Plains, New York 10601
(914) 946-2889

**PRESENTMENT DATE & TIME:**
**AUGUST 22, 2025 at 12:00 NOON**

BY: Anne Penachio

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In re:

                                                                    CHAPTER 13

    GREGORY W. CAGLIONE,

                                                                    CASE NO.: 25-22392-cgm

                                    Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**THE DEBTOR'S APPLICATION (I) TO AVOID JUDGMENT LIEN OF KEYBANK NATIONAL ASSOCIATION AS IMPAIRING HIS HOMESTEAD EXEMPTION PURSUANT TO SECTION 522(f) OF THE BANKRUPTCY CODE; (II) FOR A DECLARATION THAT SUCH LIEN IS NULL AND VOID; AND (III) GRANTING SUCH OTHER AND FURTHER RELIEF AS THIS COURT DEEMS APPROPRIATE**

**TO:    THE HONORABLE CECELIA G. MORRIS,**
         **UNITED STATES BANKRUPTCY JUDGE**

        The application of **GREGORY W. CAGLIONE,** the above-captioned debtor (the

"Debtor"), by and through his counsel, **PENACHIO MALARA, LLP,** (i) avoid judgment lien

of KeyBank National Association ("Key Bank"); (ii) for a declaration that such lien is null and

void; and (iii) granting such other and further relief as this Court deems appropriate,

respectfully represents as follows:

**FACTS**

    1. On May 2, 2025, the Debtor filed a voluntary petition for relief under Chapter 13

of title 11 of the United States Bankruptcy Code, as amended (the "Bankruptcy Code") with the

Clerk of the Court and the case was referred to the Bankruptcy Judge herein.

1

A045

2.    Thomas Frost was appointed as Chapter 13 Trustee and continues to serve in that capacity.

3.    The Debtor's primary asset is his single family home at 219 Waters Edge, Valley Cottage, NY 10989 (the "Home").  The Debtor owns the Home jointly with his non-debtor spouse.  As per the Appraisal dated July 23, 2025, the Home is currently valued at $725,000.00. A copy of the Appraisal is annexed hereto as Exhibit A.

4.    The Home is encumbered by a first mortgage held by Nationstar Mortgage LLC ("Nationstar") with a principal balance in the amount of approximately $394,112.57 as per Proof of Claim No. 9 filed in the Debtor's case. A copy of relevant portions of the proof of claim are attached hereto as Exhibit B.

5.    The Debtor claimed a "homestead exemption" in the Home on Schedule D to his bankruptcy filing (the "Homestead Exemption").

6.    Key Bank holds a judgment lien against the Debtor (the "Lien") as follows:

| Name of Creditor | Date of Entry of Lien | Amount[1] | Exhibit |
| --- | --- | --- | --- |
| Key Bank | 03/26/2024 | $163,116.67 | C |
| Total Liens (including interest): | | $163,116.67 | |

Key Bank filed Proof of Claim No. 6 in the Debtor's case (See Exhibit C).

**RELIEF REQUESTED HEREIN**

7.    By this Application, the Debtor seeks an order from the Court avoiding the Lien pursuant to Section 522(f) of the Bankruptcy Code as impairing his Homestead Exemption and declaring the Lien as null and void and of no further force and effect with respect to the Home and any other property in which the Debtor may acquire an interest and to direct the judgment

---

[1]  With simple statutory judgment interest at 9%

2

A046

creditor and Lien holder set forth above to execute any and all documents necessary to strike the

Lien off the public record with respect to the Debtor's property.

## JURISDICTION AND STATUTORY PREDICATES FOR RELIEF

8.    This Court has jurisdiction over the Application pursuant to 28 U.S.C. 157 and

1334 and the "Standing Order Referral of Case to The Bankruptcy Judge" dated July 10, 1984

(Ward, Acting C.J.) as amended.  The statutory predicates for relief sought herein are Sections

522(f) and 105 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 4007 and the

local rules for the United States Bankruptcy Court for the Southern District of New York.

## THE LIEN SHOULD BE AVOIDED

9.  Section 522(f)(1)(A) and (2)(a) of the Bankruptcy Code provides, in pertinent

part, as follows:

Notwithstanding any waiver of exemptions, but subject to paragraph (3), the Debtor may avoid the fixing of a lien on an interest of the Debtor in property to the extent that such lien impairs an exemption to which the Debtor would have been entitled under subsection (b) of this section, if such lien is -

(A) a judicial lien, other than a judicial lien that secures a debt . . .;

(2)(a)   For the purposes of this subsection, a lien shall be considered to impair an exemption to the extent that the sum of -

(I)    the lien;
(ii)    all other liens on the property; and
(iii)   the amount of the exemption that the debtor could claim if there were no liens on the property;

exceeds the value that the debtor's interest in the property would have in the absence of any

liens.

3

A047

10.    The Bankruptcy Code codifies a mathematical formula set forth in Section 522(f)(2)(A)   to determine the extent by which a lien can be avoided. This Court utilized such formula in the decision, *In re Jesse Brody*, 237 B.R. 5, 8 (Bankr. S.D.N.Y. 2003). Such formula applies to the instant case as follows:

| | | | |
|---|---|---|---|
| (i) | The Lien sought to be avoided totals - | | $163,116.67 |
| (ii) | The other liens on property (mortgages) total - | | $394,112.57 |
| (iii) | The Debtor's homestead exemption is - | | $204,825.00 |
| | | The sum of the figures is | **$762,054.24** |

11.    The Debtor's interest in the Home is only $362,500.00 (1/2 half of the total value of $725,000.00).  Thus, the Lien and Homestead Exemption exceed the Debtor's interest in the property by approximately $399,554.24 **(**or $37,054.24 if the total value of the Home is considered).   Because the impairments are less than the value of the Lien, the Lien should be avoided.

12.    Normally, "the priority of liens is determined by the principle `first in time, first in right.'" *Meyer v. United States*, 375 U.S. 233, 236, 84 S.Ct. 318, 321, 11 L.Ed.2d 293 (1963) (quoting *United States v. New Britain*, 347 U.S. 81, 74 S.Ct. 367, 98 L.Ed. 520 (1954)). Based upon the foregoing, the Liens of Ashley Furniture, DeLeonardis, and Citi should be expunged in their entirety as they are the most recent.  The Lien of Chase, the first lien filed, should be reduced to $26,033.83 as it is the oldest.

13.    The Debtor is requesting that this Court direct the holder of the Lien to be expunged to execute any and all documents necessary to strike the Lien from his Home.  If the holder of the Lien does not execute the appropriate documents, the Debtor may be forced to

4

A048

commence a proceeding in the Supreme Court of the State of New York seeking to direct the County Clerk of Rockland to expunge the Lien from the record.

**NOTICE OF APPLICATION AND WAIVER OF MEMORANDUM OF LAW**

14.    Notice of the Application has been provided to (i) Key Bank; (ii) counsel for Key Bank, if any; (iii) an officer of Key Bank; (iv) the Chapter 13 trustee; (v) the Office of the U.S. Trustee; (vi) all creditors; and (vii) all parties who have filed a "Notice of Appearance and Request for Service of Papers."

15.    Because the facts and circumstances set forth herein do not present novel issues of law, it is respectfully requested that this Court waive the requirement of the filing of a memorandum of law.

**WHEREFORE,** it is respectfully requested that this Court enter an order in the form annexed hereto: (i) avoiding the Lien as impairing the Debtor's Homestead Exemption; (ii) declaring the Lien as null and void and of no further force and effect with respect to the Home and any other property in which the Debtor may acquire an interest; (iii) directing Key Bank to execute any and all documents necessary to strike its Lien from the Debtor's Home and (iv) granting such other and further relief as the Court deems appropriate.

Respectfully submitted,

Dated: White Plains, NY
     July 31, 2025

PENACHIO MALARA, LLP

By: /S/ Anne Penachio
 *Counsel for the Debtor*
Anne Penachio, Esq.
245 Main Street, Suite 450
White Plains, New York 10601
T:(914) 946-2889

5

A049

*House&Home Appraiaslas LLC*

File No.    R25-06967
Case No.

## Table of Contents

| Page Title | Page # |
|---|---|
| URAR Page 1 | 1 |
| URAR Page 2 | 2 |
| URAR Page 3 | 3 |
| Comments | 4 |
| Comments Page 2 | 5 |
| Comments | 6 |
| Sketch | 7 |
| Location Map | 8 |
| Aerial Map | 9 |
| Photo Comparables 1-2-3 | 10 |
| Photos (15) | 11 |
| Photos (15) | 12 |
| House&Home Appraiaslas LLC | 13 |
| House&Home Appraiaslas LLC | 14 |
| Appraisal Compliance Addendum | 15 |
| UAD Definition of Terms | 16 |
| UAD Definition of Terms p2 | 17 |
| UAD Definition of Terms p3 | 18 |
| URAR Page 4 | 19 |
| URAR Page 5 | 20 |
| URAR Page 6 | 21 |

A050

House&Home Appraiaslas LLC

File No. R25-06967
Case No.

# Uniform Residential Appraisal Report

The purpose of this appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | |
|---|---|---|
| Property Address 219 Waters Edge | City Valley Cottage | State NY  Zip Code 10989 |
| Borrower Greg Caglione | Owner of Public Record Caglione Gregory W & Caglione Jennifer | County Rockland |

Legal Description Block 1 Lot 17
Assessor's Parcel # 392089.052.014-0001-017    Tax Year 2024    R.E. Taxes $ 21,495
Neighborhood Name Spring Valley    Map Reference ETAC Digital Mapping    Census Tract 0109.01
Occupant [ ] Owner [X] Tenant [ ] Vacant  Special Assessments $ 0    [ ] PUD HOA $ 650  [X] per year [ ] per month
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)
Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Bankruptcy/Foreclosure
Lender/Client N/A    Address 3003 Purchase Street, Purchase, NY 10577
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No
Report data source(s) used, offerings price(s), and date(s). OneKeyMLS

**CONTRACT**

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record? [ ] Yes [ ] No  Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or down payment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | Property Values [ ] Increasing [X] Stable [ ] Declining | PRICE | AGE | One-Unit 95 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | $ (000) | (yrs) | 2-4 Unit % |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time [ ] Under 3mths [X] 3-6 mths [ ] Over 6 mths | 500 Low 1 | | Multi-Family % |
| | | 1,000 High 150 | | Commercial 5 % |
| | | 600 Pred. 50 | | Other % |

Neighborhood Boundaries  Neighborhood boundaries are from the North by Andover Rd, from the South by Old Mill Rd, from the West by Babbling Brook Ln , and from the East by Water Mill Ct respectively.
Neighborhood Description  The area has good access to employment centers, shopping and highways. Local shopping is located within 1-8 miles from the subject. Regional shopping is located approximately 1- 8 miles from the subject. 287/87 Route 59 and GSP are within 1-8 miles away and provide access to employment centers. Employment stability and acceptance to the market appear to be average.
Market Conditions (including support for the above conclusions)  Home values have stabilized after several years of continuous increases. At the present time, the growth rate is stable. Property values are stabilizing. supply is in line with demand. The typical marketing time (days active), is approximately 120 days. Loan discounts, interest buy-downs and Concessions are used by motivated sellers.

**SITE**

| | | |
|---|---|---|
| Dimensions 133x166 | Area 22078 sf  Shape Irregular | View N;Res; |

Specific Zoning Classification R2    Zoning Description Medium Density Residence
Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements--Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | X | | Water | X | | Street Macadam | X | |
| Gas | X | | Sanitary Sewer | X | | Alley None | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No  FEMA Flood Zone X    FEMA Map # 360679-0114G    FEMA Map Date 03/03/2012
Are the utilities and/or off-site improvements typical for the market area? [X] Yes [ ] No If No, describe.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe.
No apparent adverse easements, encroachments or other adverse on-site conditions were observable at the time of inspection.

**IMPROVEMENTS**

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab [ ] Crawl Space | Foundation Walls Concrete/average | Floors HWD/good |
| # of Stories 1 | [X] Full Basement [ ] Partial Basement | Exterior Walls Vinyl/verage | Walls Dry wall/average |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area 670 sq. ft. | Roof Surface Shingle/average | Trim/Finish Wood/average |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 100 % | Gutters & Downspouts Aluminum/average | Bath Floor Ceramic/good |
| Design (Style) Ranch | [ ] Outside Entry/Exit [X] Sump Pump | Window Type Double hung/average | Bath Wainscot Ceramic/good |
| Year Built 1979 | Evidence of [ ] Infestation | Storm Sash/Insulated Yes/average | Car Storage None |
| Effective Age (Yrs) 10 | [ ] Dampness [ ] Settlement | Screens Yes/Yes/average | [X] Driveway  # of Cars 2 |
| Attic [ ] None | Heating [ ] FWA [X] HWBB [ ] Radiant | Amenities [ ] Woodstove(s) # | Driveway Surface Macadam |
| [ ] Drop Stair [ ] Stairs | [ ] Other  Fuel Gas | [X] Fireplace(s) # 0 [ ] Fence None | [X] Garage  # of Cars 2 |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck Patio [ ] Porch None | [ ] Carport  # of Cars 0 |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool None [ ] Other None | [X] Att. [ ] Det. [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [ ] Dishwasher [ ] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)
Finished area above grade contains: 7 Rooms 3 Bedrooms 2.0 Bath(s) 2,211 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.) None

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C3;Kitchen-updated-six to ten years ago;Bathrooms-updated-six to ten years ago;The subject appears to be adequately maintained. and physical depreciation is consistent with a property of its effective age. At time of inspection All utilities/appliances were on and in working condition. No deferred maintenance just normal wear and tear. As per home owner basement has water issues do to slopping land. Home owner said cost to cure is around $40,000. Appraiser is not an home inspector and the appraiser highly recommend a qualified home inspector/contractor in that filed to assess the water issue and what ever the cost to cure should be deducted form value of this report
Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe
None noted. However, it is noted that the appraiser is not a builder, contractor, or engineer, and it is strongly recommended that a professional home inspection be performed by a qualified home inspector to determine the livability, soundness, and structural integrity of the property. The appraiser has performed a visual inspection of easily accessible areas only. however this appraisal cannot be relied upon to disclose adverse conditions or the structural
Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe

Freddie Mac Form 70  March 2005

Fannie Mae Form 1004  March 2005
Page 1 of 21

A051

House&Home Appraiasias LLC

File No. R25-06967
Case No.

## Uniform Residential Appraisal Report

| There are | 0 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 0 to $ 0 |
| There are | 6 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 600,000 to $ 850,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 219 Waters Edge | 9 Mayfield Strret | | 330 Fulle Drive | | 4 Huffman Road | |
| | Valley Cottage, NY 10989 | Valley Cottage. NY 10989 | | Valley Cottage, NY 10989 | | Vallay Cottage, NY 10989 | |
| Proximity to Subject | | 0.99 miles SE | | 0.70 miles S | | 0.28 miles E | |
| Sale Price | $ | $ 749.999 | | $ 719,000 | | $ 675,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 286.04 sq. ft. | | $ 323.29 sq. ft. | | $ 247.07 sq. ft. | |
| Data Source(s) | | OneKetMLS#H6326131;DOM 33 | | OneKeyMLS#H6318738;DOM 55 | | OneKeyMLS#H6303964;DOM 65 | |
| Verification Source(s) | | Valley Cottage Asser/Public record | | Valley Cottage Asser/Public record | | Valley Cottage Asser/Public record | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Cash;0 | | Conv;0 | | Unkwon:0 | |
| Date of Sale/Time | | s12/24;c10/24 | | s11/24;c09/24 | | s01/25;c08/24 | |
| Location | N;Res; | N;Res: | | N;Res: | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee simple | |
| Site | 22078 sf | 16553 sf | +5,525 | 24829 sf | -2,751 | 20909 sf | +1,169 |
| View | N;Res; | N;Res; | | N;Res: | | N;Res; | |
| Design (Style) | DT1;Ranch | DT2;Bi Level | 0 | DT1;Ranch | | DT1;Ranch | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 46 | 48 | +1.000 | 62 | +8,000 | 60 | +7,000 |
| Condition | C3 | C3 | | C4 | +71,900 | C4 | +67,500 |
| Above Grade | Total 7 | Bdrms 3 | Baths 2.0 | Total 8 | Bdrms 4 | Baths 2.0 | 0 |
| Room Count | Total 7 Bdrms 3 Baths 2.0 | Total 8 Bdrms 4 Baths 2.0 | 0 | Total 7 Bdrms 3 Baths 2.0 | 0 | Total 7 Bdrms 3 Baths 3.0 | -6,000 |
| Gross Living Area | 2,211 sq. ft. | 2622 sq. ft. | -24,660 | 2224 sq. ft. | 0 | 2732 sq. ft. | -31,260 |
| Basement & Finished | 670sf670sfin | 0sf | +10,000 | 1500sf1500sfin | -15,000 | 1500sf1500sfin | +10,000 |
| Rooms Below Grade | 1rr0br0.1ba0o | 1rr0br1,0ba0o | +6,000 | 1rr0br1.0ba0o | +3,000 | 0rr0br0,0ba0o | +6,000 |
| Functional Utility | 3 bedrooms | 4 bedrooms | 0 | 3 bedrooms | | 3 bedrooms | |
| Heating/Cooling | HWBB/CAC | HWBB/CAC | | FWA/CAC | 0 | HWBB/Ind | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2ga2dw | 2ga2dw | | 2ga2dw | | 2ga2dw | |
| Porch/Patio/Deck | Patio | Deck | 0 | Deck/Scrnd Porch | -15,000 | Deck | |
| Fireplace | Fireplace | None | +2,500 | None | | 2 Fireplace | -5,000 |
| In-Grd-Pool | None | None | | None | | In-Grd-Pool | -10,000 |
| Net Adjustment (Total) | | X + - | $ 365 | X + - | $ 50,149 | X + - | $ 39,409 |
| Adjusted Sale Price | | Net Adj: 0% | | Net Adj: 7% | | Net Adj: 6% | |
| of Comparables | | Gross Adj : 7% | $ 750,364 | Gross Adj: 16% | $ 769,149 | Gross Adj: 21% | $ 714,409 |

X did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain OneKeyMLS . For the subject property no sale in the past 3 years. and for comps 1,2&3 no sale within 12 month.

My research [ ] did X did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) OneKeyMLS Tax Data
My research [ ] did X did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) OneKeyMLS Tax Data
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | OneKeyMLS Tax Data | OneKeyMLS Tax Data | OneKeyMLS Tax Data | OneKeyMLS Tax Data |
| Effective Date of Data Source(s) | 07/23/2025 | 07/23/2025 | 07/23/2025 | 07/23/2025 |

Analysis of prior sale or transfer history of the subject property and comparable sales OneKeyMLS . For the subject property no sale in the past 3 years. and for comps 1,2&3 no sale within 12 month.

Summary of Sales Comparison Approach See comments below page 5.

Indicated Value by Sales Comparison Approach $ 725,000

Indicated Value by: Sales Comparison Approach $ 725,000 Cost Approach (if developed) $ 721.916 Income Approach (if developed) $

The sales comparison approach is given the most weight since it is the best indicator of value. Single family residential properties are not usually rented. Accordingly, the income approach is not used due to the scarcity of rentals comparable's.

This appraisal is made X "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: The intended user of this appraisal report is for Lender. The intended user of this report is the Lender/Client.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 725,000 , as of 07/16/2025 , which is the date of inspection and the effective date of this appraisal.

House&Home Appraislas LLC

File No. R25-06967
Case No.

## Uniform Residential Appraisal Report

**ADDITIONAL COMMENTS**

### COST APPROACH TO VALUE (not required by Fannie Mae.)

Provide adequate information for the lender/client to replicate your cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) ___Extraction method used to develop site value .

| ESTIMATED | REPRODUCTION OR | X REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | | =$ | 300,000 |
|---|---|---|---|---|---|---|---|---|
| Source of cost data Marshall & Swift | | | Dwelling | 2,211 | Sq. Ft. @ $ | 175.00 | =$ | 386,925 |
| Quality rating from cost service Average | Effective date of cost data 12/31/2024 | | Bsmt. | 670 | Sq. Ft. @ $ | 75.00 | =$ | 50,250 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | Patio/FPL | | | | | 15,000 |
| The cost information is based on Marshall & Swift Cost Service and local | | | Garage/Carport | 590 | Sq. Ft. @ $ | 45.00 | =$ | 26,550 |
| contractors. Land value over 30% is typical for the area due to the lack of | | | Total Estimate of Cost-new | | | | =$ | 478,725 |
| vacant land and the moderate demand for buildable lots. Physical | | | Less | Physical 15 | Functional | External | | |
| Depreciation is based upon the age-life method. Extraction method used to | | | Depreciation 71,809 | | 0 | 0 | =$ ( | 71,809 ) |
| develop site value . | | | Depreciated Cost of Improvements | | | | =$ | 406,916 |
| | | | "As-is" Value of Site Improvements | | | | =$ | 15,000 |
| Estimated Remaining Economic Life (HUD and VA only) | 55 | Years | Indicated Value By Cost Approach | | | | =$ | 721,916 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae.)

| Estimated Monthly Market Rent $ | X Gross Multiplier | =$ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowner's Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases ___ Total number of units ___ Total number of units sold ___

Total number of units rented ___ Total number of units for sale ___ Data source(s) ___

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data source.

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowner's Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Freddie Mac Form 70  March 2005

Fannie Mae Form 1004  March 2005

Page  3  of  21

House&Home Appraiaslas LLC
## COMMENT ADDENDUM

File No.    R25-06967
Case No.

Borrower    Greg Caglione
Property Address    219 Waters Edge
City    Valley Cottage                County        Rockland        State        NY        Zip Code    10989
Lender/Client    N/A                    Address  3003 Purchase Street, Purchase, NY 10577

The square footage of comparable's 1,2&3 are from public record/estimated.

The site adjustment is based on $1 sf for the difference 1000sf.

The Gross Living Area Adjustment is based on $60 per Sqft.

A $500 per year age adjustment was applied on comparable's 1,2&3 used.

Comparable's 1,2&3 closed over 3-6 months from date of inspection, and did not warrant any time adjustment since the subject market area was considered to be stable over the past 12 months, and were used for being from the same valley Cottage market area and acceptance

Comparable's 2&3 were considered to be in C4 condition (when comparing with subject) and was given a (-10%) adjustment.

Comparable 1 was considered be in the same C3 condition as the subject and for that reason no adjustments were made.

After careful research appraiser was not able to find a comparable sale with similar amenities as the subject, such as Bath count/Garage/basement (not all comparable's fit in a neat category), the subject is typical for the area, and the method used to determine adjustment was already addressed please read comments above.

Across the Board Adjustments.
After careful research appraiser was not able to find similar comparable's in terms of across the board adjustment (Land size/Age/GLA/Basement/Below grade/). However the subject is a typical for the area and method used to determine the adjustment was already addressed on comments above.

After careful research appraiser was not able to find a similar closed comparable as the subject in terms of (Age/GLA/Basement/Below grade) in order to bracket (not all comparable's fit in a neat category), the subject is typical for the area, and the method used to determine adjustment was already addressed please read comments above.

The method used, is available statistical data for the subject market which shows that properties with features such as Condition/Larger GLA, ETC would tend to sell for a higher value with properties with these features, the appraiser has made adjustments based on this analysis.

The adjustments made were based upon market reaction, paired sale analysis,statistical analysis and interview with local professionals in the area.

Review of the MLS indicates that all comparable's where professionally marketed and exposed to the market place Via MLS, and the MLS indicates that the transactions were made by typical motivated private parties.

The subject property taxes are for the  2024 NJ MLS tax data and NJATCB website, and they are the most recent information available to appraiser.

Although some of the comparable's utilized in this report are located across significant roadways from the subject, this has no effect on marketability what so ever, The comparable's used are similar to the subject in terms of area and over all market acceptance and are
 indicators of subject value.

Upon review of comparable sales in the subject market area, it was concluded that the sales used were most similar to the subject in terms of market acceptance despite the fact that sale 1&2 exceeded  the 10% of GLA difference.

The appraiser realizes the wide value range. However the appraiser used the best comparable's available to be used in the subject market area, also the adjustments that were used were within the guidelines and were necessary and unavoidable

My comparable search criteria was to search for Ranch style homes that sold within 90 days and within 1 mile with 3-4 bedrooms,  Also sales of  homes in similar condition. The search was expanded over 90 days ( within 12 months from date of inspection) GLA from 200sf-2800sf.  The appraiser notes that the above comparable's used are similar to the subject in terms of area, and over all market acceptance. All comparable's where adjusted according to their condition, GLA and amenities ( The subject area has an older stock of homes ranging form 1-175 years old). The comparable's chosen are not in gated communities. The appraiser chose these comparable's because they are similar to the subject in terms of proximity to the subject and being similar in their over all market acceptance.

no income approach is developed as purchasers do not acquire one family  houses for the purpose of generating rental income; this is not a  motivating factor in the single family sub market in this area.

## A054

House&Home Appraiaslas LLC
**COMMENT ADDENDUM**

File No. R25-06967
Case No.

Borrower   Greg Caglione
Property Address   219 Waters Edge
City  Valley Cottage          County          Rockland          State          NY          Zip Code          10989
Lender/Client    N/A                                        Address  3003 Purchase Street, Purchase, NY 10577

Most weight was given to comparable 3 for being within closer proximity and most recent sale

All measurements fall to the nearest whole or half foot a declaration indicating that all displayed measurements were taken to the nearest tenth of a foot or inch is required.

All measurements fall to the nearest whole or half foot a declaration indicating that all displayed measurements were taken to the nearest inch or tenth of a foot  to ensure measurements are compliant with ANSI standard Z765-2021.

The subject is A 29.5x67.4 ft One-story detached single-family house with and 670sf  below-grade finished square feet in a basement. In addition, the property includes a 590 sq. ft. Two-car garage."

Appraiser fee $350

AMC-19-0074

No employee, director, officer, or agent of the lender, or any other third party acting as joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender, shall influence or attempt to influence the development, reporting,result, or review of an appraisal through coercion, extortion, collusion, compensation,instruction, inducement, intimidation, bribery, or in any other manner...I have not been contacted by anyone other than the intended user (lender/client as identified on the first page of the report), borrower, or designated contact to make an appointment to enter the property. I agree to immediately report any unauthorized contacts either personally by phone or electronically to Settlement Services."

A055

House&Home Appraiaslas LLC
**ADDITIONAL LIMITING CONDITIONS**

File No.    R25-06967
Case No.

Borrower   Greg Caglione
Property Address   219 Waters Edge

| City Valley Cottage | County | Rockland | State | NY | Zip Code | 10989 |
|---|---|---|---|---|---|---|
| Lender/Client   N/A | | Address 3003 Purchase Street. Purchase. NY 10577 | | | | |

1) The use of this report is subject to review by appraisal organizations participating in the Appraisal Foundation and state appraisal licensing boards. The Appraisal Foundation is a federally sponsored agency that is made up of independent organizations which may require submission of work samples for voluntary programs of continuing professional education for members. As of the date of this report, the signatories, as applicable, have completed the continuing education requirements of the organization issuing their designation and/or the state issuing their license.

2) Advisory Opinion 1 (AO1) states that USPAP Standards Rules 1-5(a) and (b) require an appraiser, when the value opinion to be developed is market value, and if such information is available to the appraiser in the normal course of business, to analyze (1) all agreements of sale, options, or listings of the subject property current as of the effective date of the appraisal and (2) all sales of the subject property that occurred within three (3) years prior to the effective date of the appraisal. USPAP Standards Rules 2-2(a)(ix), (b)(ix), and (c)(ix) call for the written appraisal report to contain sufficient information to indicate compliance with the sales history requirement. Standards Rules 2-2(a)(ix), (b)(ix), and (c)(ix) further require that, if sales history information is unobtainable, the written appraisal report must include a commentary on the efforts taken by the appraiser to obtain the information.

This statement shall serve as the efforts taken by this firm on all appraisals that contain this addendum. The subject address is searched in an on-line public record/tax data reporting database. We use a variety of different databases depending upon the geographic region. Most databases only store the last sale. Only a title search will reveal prior sales and a title search is outside the scope of this appraisal or expertise of an appraiser; hence is outside the normal course of business as described above in AO1.

Consequently, if we report that no sales occurred within three years, it is the assumption that there have been no sales unless those sales are too recent to have been recorded or too recent to have been obtained by on-line reporting services. However if we report that there was a sale within three years, there is no guarantee that there was not more than one sale within three years as stated above, most of the public record tax data reporting databases only report the most recent sale.

A056

House&Home Appraiaslas LLC
## SKETCH ADDENDUM

File No.   R25-06967
Case No.

Borrower      Greg Caglione
Property Address    219 Waters Edge
City  Valley Cottage            County        Rockland      State        NY      Zip Code      10989
Lender/Client    N/A                              Address  3003 Purchase Street, Purchase, NY 10577



## A057

House&Home Appraisalas LLC
## LOCATION MAP ADDENDUM

File No.  R25-06967
Case No.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Greg Caglione | | | | | | |
| Property Address | 219 Waters Edge | | | | | | |
| City | Valley Cottage | County | Rockland | State | NY | Zip Code | 10989 |
| Lender/Client | N/A | | Address | 3003 Purchase Street, Purchase, NY 10577 | | | |



House&Home Appraiaslas LLC
**AERIAL MAP ADDENDUM**

File No.  R25-06967
Case No.

| Borrower | Greg Caglione | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 219 Waters Edge | | | | | | |
| City | Valley Cottage | County | | Rockland | State | NY | Zip Code | 10989 |
| Lender/Client | N/A | | | Address | 3003 Purchase Street, Purchase, NY 10577 | | |



UAD Version 9/2011 Produced by ClickFORMS Software 800-622-8727        Page   9   of   21

A059

House&Home Appraiaslas LLC
COMPARABLES 1-2-3

File No.   R25-06967
Case No.

| Borrower | Greg Caglione | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 219 Waters Edge | | | | | | |
| City | Valley Cottage | County | Rockland | State | NY | Zip Code | 10989 |
| Lender/Client | N/A | | Address | 3003 Purchase Street, Purchase, NY 10577 | | | |



**COMPARABLE SALE #**    1
9 Mayfield Strret
Valley Cottage, NY 10989



**COMPARABLE SALE #**    2
330 Fulle Drive
Valley Cottage, NY 10989



**COMPARABLE SALE #**    3
4 Huffman Road
Vallay Cottage, NY 10989

UAD Version 9/2011 Produced by ClickFORMS Software 800-622-8727      Page   10   of   21

A060

House&Home Appraiaslas LLC

File No.   R25-06967
Case No.

Borrower   Greg Caglione
Property Address   219 Waters Edge
City   Valley Cottage          County          Rockland          State          NY          Zip Code          10989
Lender/Client   N/A                                    Address   3003 Purchase Street, Purchase, NY 10577


Subject front


Subject rear


Subject street


Kitchen


Living room


Dining


Bedroom


Bedroom


Bedroom


Full bath


Full bath


Basement/Rec area


Basementother side of rec room


Basement/half bath


Garage

A061

House&Home Appraiaslas LLC

File No.    R25-06967
Case No.

Borrower    Greg Caglione
Property Address    219 Waters Edge
City    Valley Cottage    County    Rockland    State    NY    Zip Code    10989
Lender/Client    N/A    Address    3003 Purchase Street, Purchase, NY 10577

Ijection pump

Sump pump

Lake view

Electrical

Garage

A062

House&Home Appraiaslas LLC

File No. R25-06967
Case No.

**The Hanover Insurance Group™**

**SURPLUS LINES**
**Appraisers Advantage**
**Professional Liability Insurance**

*Declarations Page*

**Issue Date** 04/01/2025

**Item 1.**   NAMED INSURED AND ADDRESS

House to Home Appraisals LLC and S Baghal Inc
21 BROWNSTONE WAY
U SADDLE RIV, NJ 07458

**Item 2.**   POLICY PERIOD

Inception Date: 04/05/2025          Expiration Date: 04/05/2026

(12:01 AM standard time at the address shown in Item 1.)

**Item 3.**   LIMIT OF LIABILITY

a.  $1,000,000  for each **Claim**; not to exceed
b.  $1,000,000  for all **Claims** in the Aggregate

**Item 4.**   SUBLIMITS OF LIABILITY
Privacy and Security
Liability Coverage

a.  $1,000,000  for each **Claim**; not to exceed

b.  $1,000,000  for all **Claims** in the Aggregate

**Item 5.**   DEDUCTIBLE

a.       $0   each **Claim**
b.      N/A  for all **Claims** in the Aggregate

**Item 6.**   SUPPLEMENTAL COVERAGE LIMIT AND DEDUCTIBLE

| | LIMIT | | DEDUCTIBLE |
|---|---|---|---|
| Disciplinary and Regulatory Proceedings Coverage | $25,000 $50,000 | per **Insured** / for all **Insureds** | $0 |
| Subpoena Assistance | $5,000 $25,000 | per **Subpoena** / in the Aggregate | $0 |
| Crisis Event Expense | $25,000 $50,000 | per Event / in the Aggregate | $0 |
| Reputation Protection Expense | $15,000 | in the Aggregate | $0 |
| Withheld Client Fee Assistance | $25,000 | in the Aggregate | $0 |
| Nonprofit Directors and Officers Expense | $10,000 | in the Aggregate | $0 |

A063

House&Home Appraislas LLC

File No.    R25-06967
Case No.

STATE OF NEW YORK ¤ DEPARTMENT OF STATE

UNIQUE ID NO.: 45000054225     Please refer to this number
                                in all communication with
EFFECTIVE: 09/19/23             the Department of State.
EXPIRES: 09/18/25

BAGHAL SAM M
21 BROWNSTONE WAY
UPPER SADDLE RIVER, NJ   07458

is a duly

CERTIFIED RES. R. E/ APPRAISER

Signature  X

A064

House&Home Appraislas LLC

## APPRAISAL COMPLIANCE ADDENDUM

File No. R25-06967
Case No.

| | | | | |
|---|---|---|---|---|
| Borrower/Client Greg Caglione | | | | |
| Address 219 Waters Edge | | | | Unit No. |
| City Valley Cottage | County Rockland | State NY | Zip Code 10989 |
| Lender/Client N/A | | | | |

This Appraisal Compliance Addendum is included to ensure this appraisal report meets all USPAP 2014 requirements.

### APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is one of the following types:

[X] Appraisal Report — This report was prepared in accordance with the requirements of the Appraisal Report option of USPAP Standards Rule 2-2(a).

[ ] Restricted Appraisal Report — This report was prepared in accordance with the requirements of the Restricted Appraisal Report option of USPAP Standards Rule 2-2(b). The intended user of this report is limited to the identified client. This is a Restricted Appraisal Report and the rationale for how the appraiser arrived at the opinions and conclusions set forth in the report may not be understood properly without the additional information in the appraiser's workfile.

### ADDITIONAL CERTIFICATIONS

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to parties involved
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- This report has been prepared in accordance with Title XI of FIRREA as amended, and any implementing regulations.

### PRIOR SERVICES

[X] I have NOT performed services, as an appraiser or in another other capacity, regarding the property that is the subject of the report within the three-year period immediately preceding acceptance of this assignment.

[ ] I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

### PROPERTY INSPECTION

[X] I HAVE made a personal inspection of the property that is the subject of this report.

[ ] I have NOT made a personal inspection of the property that is the subject of this report.

### APPRAISAL ASSISTANCE

Unless otherwise noted, no one provided significant real property appraisal assistance to the person signing this certification. If anyone did provide significant assistance, they are hereby identified along with a summary of the extent of the assistance provided in the report.

### ADDITIONAL COMMENTS

Additional USPAP related issues requiring disclosure and/or any state mandated requirements:

### MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY

[ ] A reasonable marketing time for the subject property is _____ day(s) utilizing market conditions pertinent to the appraisal assignment.

[X] A reasonable exposure time for the subject property is 30-90 day(s).

### APPRAISER                    SUPERVISORY APPRAISER (ONLY IF REQUIRED)

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name Sam Baghai | Name |
| Date of Signature 07/23/2025 | Date of Signature |
| State Certification # 45000054225 | State Certification # |
| or State License # | or State License # |
| State NY | State |
| Expiration Date of Certification or License 12/31/2025 | Expiration Date of Certification or License |
| | Supervisory Appraiser Inspection of Subject Property: |
| Effective Date of Appraisal 07/16/2025 | [ ] Did Not   [ ] Exterior Only from street   [ ] Interior and Exterior |

House&Home Appraiaslas LLC

UNIFORM APPRAISAL DATASET (UAD)
**Property Condition and Quality Rating Definitions**

File No.   R25-06967
Case No.

## Requirements - Condition and Quality Ratings Usage

Appraisers must utilize the following standardized condition and quality ratings within the appraisal report.

### Condition Ratings and Definitions

**C1**
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note:  *Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: *The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note:  *The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. It's estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note:  *The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability are somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note:  *Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note:  *Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

A066

House&Home Appraislas LLC

UNIFORM APPRAISAL DATASET (UAD)          File No.    R25-06967
Property Condition and Quality Rating Definitions    Case No.

## Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

## Requirements - Definitions of Not Updated, Updated and Remodeled

### Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

### Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components meet existing market expectations. Updates do *not* include significant alterations to the existing structure.

### Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

A067

House&Home Appraislas LLC

### UNIFORM APPRAISAL DATASET (UAD)
#### Property Description Abbreviations Used in This Report

File No.    R25-06967
Case No.

| Abbreviation | Full Name | May Appear in These Fields |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sales or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Administration | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-In Garages | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sales or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PubTrn | Public Transportation | Location |
| PwrLn | Power Lines | View |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

A068

House&Home Appraisals LLC

**Uniform Residential Appraisal Report**

File No.   R25-06967
Case No.

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Household Appraisals LLC    File No. R25-06967
Case No.

## Uniform Residential Appraisal Report

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

A070

House&Home Appraiaslas LLC

File No. R29 96967

Case No.

## Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Sam Baghal_ | Signature |
| Name Sam Baghal | Name |
| Company Name House&Home Appraiaslas LLC | Company Name |
| Company Address 21 Brownstone Way | Company Address |
| Upper Saddle River, NJ 07458 | |
| Telephone Number 201-647-5003 | Telephone Number |
| Email Address zaidtalla@aol.com | Email Address |
| Date of Signature and Report 07/16/2025 | Date of Signature |
| Effective Date of Appraisal 07/16/2025 | State Certification # |
| State Certification # 45000054225 | or State License # |
| or State License # | State |
| or Other (describe) ___ State # ___ | Expiration Date of Certification or License |
| State NY | |
| Expiration Date of Certification or License 12/31/2025 | |

SUBJECT PROPERTY

ADDRESS OF PROPERTY APPRAISED
219 Waters Edge
Valley Cottage, NY 10989

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection ___
☐ Did inspect interior and exterior of subject property
Date of Inspection ___

APPRAISED VALUE OF SUBJECT PROPERTY $ 725,000
LENDER/CLIENT
Name All Pro AMC
Company Name N/A
Company Address 3003 Purchase Street
Purchase. NY 10577
Email Address

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection ___

**Fill in this information to identify the case:**

Debtor 1
  Gregory W. Caglione

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Southern District of New York</u>

Case number    25-22392-cgm

---

<u>Official Form 410</u>

# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1:    Identify the Claim

**1. Who is the current creditor?**

Nationstar Mortgage LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes.    From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| **Nationstar Mortgage LLC** **Bankruptcy Department** <br> Name | **Nationstar Mortgage LLC** **Bankruptcy Department** <br> Name |
| **PO Box 619096** <br> Number    Street | **PO Box 619094** <br> Number    Street |
| **Dallas**    **TX**    **75261-9741** <br> City    State    ZIP Code | **Dallas**    **Texas**    **75261-9741** <br> City    State    ZIP Code |
| Contact phone    877-343-5602 | Contact phone    877-343-5602 |
| Contact email | Contact email _____ |

Uniform claim identifier (if you use one):
_____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes.    Claim number on court claims registry (if known) _____    Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes.    Who made the earlier filing? _____

---

Official Form 410                         **Proof of Claim**                         page 1

A072

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: <u>5851</u>

**7. How much is the claim?**    $ <u>394,112.57</u>

**Does this amount include interest or other charges?**
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

<u>Money Loaned</u>

**9. Is all or part of the claim secured?**

☐ No
☒ Yes.   The claim is secured by a lien on property.

   **Nature of property:** <u>219 WATERS EDGE, Valley Cottage, NY 10989-1706</u>
   ☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:**     <u>Recorded Mortgage</u>
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**                    $_____

   **Amount of the claim that is secured:**    $ <u>394,112.57</u>

   **Amount of the claim that is unsecured:** $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**    $ <u>4,436.96</u>

   **Annual Interest Rate** (when case was filed) <u>3.625</u>%
   ☒ Fixed
   ☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

Official Form 410                    Proof of Claim                    page 2

A073

| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. *Check one:* | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507 (a)(1)(A) or (a) (1)(B). | $_____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507 (a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507 (a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507 (a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507 (a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507 (a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

**Part 3:    Sign Below**

| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br>☐    I am the creditor.<br><br>☒    I am the creditor's attorney or authorized agent.<br><br>☐    I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br><br>☐    I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Executed on date    06/26/2025
  MM / DD / YYYY

/s/Ernest  Yazzetti, Jr.
  Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | Ernest  Yazzetti, Jr.<br>First name        Middle name      Last name |
| Title | Authorized Agent |
| Company | McCalla Raymer Leibert Pierce, LLP<br>Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 1544 Old Alabama Road<br>Number    Street |
| | Roswell            GA            30076<br>City            State        ZIP Code |
| Contact phone | 8482000083            Email    Ernest.Yazzetti@mccalla.com |

A074

**In Re:  Gregory W. Caglione**
**BK Case No. 25-22392-cgm**


**<u>Itemized Statement of Interest or Charges</u>**


| | |
|---|---:|
| Balance | 146,188.55 |
| Interest through 5/2/2025 | 12,737.39 |
| Attorneys  Fees | 4,190.73 |
| Total Due | 163,116.67 |


     KeyBank National Association reserves its right to amend and supplement this Proof of Claim, to specify (and quantify) interest, costs, fees and expenses or other charges or claims incurred by KeyBank National Association, and to file additional proofs of claim for additional claims or to further amend this claim to classify some or all of this claim, as a secured claim or the debtor's liability to KeyBank National Association as an administrative expense, including, without limitation, monies expended for the preservation of the estate.


A075

FILED: ERIE COUNTY CLERK 03/22/2024

NYSCEF DOC. NO. 9

INDEX NO. 816201/2023

RECEIVED NYSCEF: 03/26/2024

Case 7:25-cv-08182-PMH   Document 5-2   Filed 12/05/25   Page 76 of 108

```
┌─────────────────────────┐
│         1 –             │
│     FILED AND           │
│     DOCKETED            │
│    Mar 26 2024          │
│  AT    11:46 A    M     │
│   ERIE COUNTY CLERK     │
└─────────────────────────┘
```

STATE OF NEW YORK
SUPREME COURT    :    COUNTY OF ERIE

KEYBANK NATIONAL ASSOCIATION,
as successor by merger to FIRST NIAGARA BANK, N.A.,

                Plaintiff,

     vs.                              Index No.: 816201/2023

MARK PHILIP DISPLAY SYSTEMS INC.,
GREG CAGLIONE, and
JOHN DOE 1 and 2, the Names of the "John Doe"
Defendants Being Fictitious and Unknown
to Plaintiff, but Intended to be Parties, if any,
Having or Claiming an Interest in the
Personal Property Described Herein,

                Defendant(s).

## STATEMENT FOR JUDGMENT

| | |
|---|---|
| AMOUNT CLAIMED IN COMPLAINT | $134,645.85 |
| UNPAID FEES CLAIMED IN COMPLAINT | $ 271.35 |
| INTEREST CLAIMED THROUGH 02-23-24 | $ 10,565.33 |
| DAMAGES (BALANCE OWING AND INTEREST) | $145,482.55 |
| COSTS BY STATUTE | $ 200.00 |
| FEE FOR INDEX/DOCKET NUMBER | $ 210.00 |
| SERVICE, SUMMONS AND COMPLAINT | $ 150.00 |
| TRANSCRIPTS AND DOCKETING | $ 15.00 |
| FEES ON EXECUTION | $ 86.00 |
| DEFAULT JUDGMENT FEE | $ 45.00 |
| TOTAL COSTS | $ 706.00 |
| JUDGMENT AMOUNT | $146,188.55 |

A076

1 of 3

The undersigned, a partner with Rupp Pfalzgraf LLC, attorneys of record for plaintiff herein, states, under the penalties of perjury, (1) that the disbursements above specified are correct and true and have been or will necessarily be incurred herein and are reasonable in amount, (2) that the time of defendant(s) (referring to all defendants unless less than all are specified below) to appear or answer herein has expired and the said defendant(s) have not appeared or answered herein, (3) if judgment is sought under an order of the Court filed heretofore or herewith, however, application is based on said order and not on default, insofar as defendants specified in said order are concerned, and (4) if the balance stated above is less than the amount claimed in the complaint, the said balance represents the proper balance owing after all payments or other credits subsequent to preparation of the complaint.  If judgment is sought against less than all defendants, plaintiff applies for an order of the Clerk under CPLR 3215(a) severing the action as to defendants not included in the judgment.  Defaulting defendant(s), if less than all defendants, is:

Dated:  Buffalo, New York
          February 23, 2024

                **RUPP PFALZGRAF LLC**
                Attorneys for Plaintiff

                By:  _____
                     Adam M. Brasky, Esq.
                1600 Liberty Building
                Buffalo, New York 14202-3694
                (716) 854-3400

ORDER OF THE CLERK PURSUANT TO C.P.L.R. 3215(a)  :

Judgment having been applied for against less than all of the defendants in the action and the action continuing against the following named defendants, it is hereby ORDERED that this action be severed as against the following named defendant(s):  N/A

DATED:  _____, 2024  By:  _____
                                              CLERK

-2-

JUDGMENT ENTERED: _____, 2024. The Summons and Complaint in this action having been personally served on each defendant against whom judgment is entered hereby in the manner prescribed by law, and the time of each said defendant to appear or answer having expired (unless and to the extent that judgment is granted herein pursuant to court order specified below), and the said defendant(s) not having appeared or answered herein (or judgment being awarded pursuant to said court order). NOW, THEREFORE, ON MOTION OF Rupp Pfalzgraf LLC, attorneys for plaintiff, it is

ADJUDGED, that Plaintiff, KeyBank National Association, as successor by merger to First Niagara Bank, N.A., 726 Exchange Street, Suite 900, Buffalo, New York 14210, does recover of

| NAMES(S) AND ADDRESS(ES) OF DEFENDANT(S)-JUDGMENT DEBTOR(S) | AMOUNT(S) OF JUDGMENT | |
|---|---|---|
| 1. MARK PHILIP DISPLAYS SYSTEMS INC. 14 Tratalar Court Nanuet, New York 10954 | CLAIM AND INTEREST | $ 145,482.55 |
| | COSTS, DISBURSEMENTS | $ 706.00 |
| | TOTAL JUDGMENT | $ 146,188.55 |
| 2. GREG CAGLIONE 219 Waters Edge Valley Cottage, New York 10989 | CLAIM AND INTEREST | $ 145,482.55 |
| | COSTS, DISBURSEMENTS | $ 706.00 |
| | TOTAL JUDGMENT | $ 146,188.55 |

and, as to each defendant, that plaintiff has execution therefor.

Judgment Signed and Filed 3/26/2024

_____ CLERK

Michael P. Kearns County Clerk

-3-

| JUDGMENT DEBTOR | JUDGMENT CREDITOR |
|---|---|
| Surname/Given Name and Address | Surname/Given Name and Address |
| MARK PHILIP DISPLAYS SYSTEMS INC<br>14 TRATALAR CT<br>NANUET      NY      10954 | KEYBANK NA<br>726 EXCHANGE ST STE 900<br>BUFFALO      NY      14210 |
| CAGLIONE GREG<br>219 WATERS EDGE<br>VALLEY COTTAGE      NY      10989 | FIRST NIAGARA BANK NA SUC<br>726 EXCHANGE ST STE 900<br>BUFFALO      NY      14210 |

RECEIVED
2024 APR -9 A 11:45
ROCKLAND COUNTY CLERK

| Judgment Docketed | Judgment Rendered | Amount of Judgment | Attorney Name and Address |
|---|---|---|---|
| File Date/Time: 3/26/2024   11:01:15<br><br>Instrument Number: 2024048702 | County : ERIE<br>Court: SUPREME<br>Reference Number<br>Index Number: I 2023816201<br>Rendered Date: 3/26/2024 | Total Amt    146,188.55<br><br>**The 9% post-judgment interest rate purusant to NYCPLR §5004(a) applies.** | RUPP PFALZGRAF LLC<br>1600 LIBERTY BLDG<br>BUFFALO      NY      14202-3694 |

remarks:

STATE OF NEW YORK, COUNTY OF ERIE

     I, Michael P. Kearns, Clerk of the County of Erie, hereby certify that the above is a correct transcript from the docket of judgments in my office.

     IN WITNESS THEREOF, I have hereunto set my name and affixed my seal      02-April-2024

*Michael P Kearns*

MICHAEL P. KEARNS, ERIE COUNTY CLERK

---

RECEIVED
2024 APR -9 A 11:45
ROCKLAND COUNTY CLERK

RETURN FILING RECEIPT FOR :

**TRANSCRIPT**

**ERIE COUNTY CLERK'S OFFICE**
**ATTENTION: CUSTOMER SERVICE**
**92 FRANKLIN STREET**
**BUFFALO, NY 14202**

Book and page

Q      361      2714

File Date/Time

code 126

Case 7:25-cv-08182-PMH    Document 5-2    Filed 12/05/25    Page 79 of 108

A079

**PRESENTMENT DATE & TIME:**
**AUGUST 22, 2025 AT 12:00 NOON**

PENACHIO MALARA, LLP
Counsel for the Debtor
245 Main Street, Suite 450
White Plains, New York 10601
(914) 946-2889

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In re:                                                CHAPTER 13

     GREGORY W. CAGLIONE,

                         CASE NO.: 25-22392-cgm

                    Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF PRESENTMENT OF ORDER APPROVING THE DEBTOR'S APPLICATION (I) TO AVOID JUDGMENT LIEN OF KEYBANK NATIONAL ASSOCIATION AS IMPAIRING HIS HOMESTEAD EXEMPTION PURSUANT TO SECTION 522(f) OF THE BANKRUPTCY CODE; (II) FOR A DECLARATION THAT SUCH LIEN IS NULL AND VOID; AND (III) GRANTING SUCH OTHER AND FURTHER RELIEF AS THIS COURT DEEMS APPROPRIATE**

     **PLEASE TAKE NOTICE** that the attached order approving the application of

**GREGORY W. CAGLIONE**, the above-referenced debtor (the "Debtor") made through his

counsel, **PENACHIO MALARA, LLP**, for an order to (i) avoid judgment lien of KeyBank

National Association ("Key Bank"); (ii) for a declaration that such lien is null and void; and (iii)

granting such other and further relief as this Court deems appropriate will be presented to the

Honorable Cecelia G. Morris, United States Bankruptcy Judge, in her Chambers at 355 Main

Street, Poughkeepsie, NY 12601, on August 22, 2025 at 12:00 Noon.

     **PLEASE TAKE NOTICE** that a copy of the application and all exhibits thereto are

available on the Bankruptcy Court's website (www.nysb.uscourts.gov) and from the undersigned

upon request.

A080

PLEASE TAKE NOTICE that objections, if any, to the relief sought, should be made in writing, comply with applicable law and be served upon the undersigned with a copy delivered to the Bankruptcy Judge's Chambers prior to the presentment date. Absent objections, the proposed order may be entered.

Dated: White Plains, NY  
      July 31, 2025

**PENACHIO MALARA LLP**  
By: /s/ Anne Penachio  
Anne Penachio, Esq.  
Counsel for the Debtor  
245 Main Street, Suite 450  
White Plains, NY 10601  
(914) 946-2889

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In re:

                                                   CHAPTER 13

    GREGORY W. CAGLIONE,

                                               CASE NO.: 25-22392-cgm

                           Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**ORDER (I) AVOIDING JUDGMENT LIEN OF KEYBANK NATIONAL ASSOCIATION AND DECLARING THAT SUCH LIEN IS NULL AND VOI D AS IMPAIRING HIS HOMESTEAD EXEMPTION PURSUANT TO SECTION 522(f) OF THE BANKRUPTCY CODE**

       Upon the motion, by notice of presentment dated July 31, 2025 (the "Motion"), filed as Dkt No. ___, of Gregory W. Caglione, the debtor herein (the "Debtor") by his counsel, Penachio Malara, LLP, for an order (i) avoiding the judgment lien, described therein and herein, as impairing his homestead exemption pursuant to 11 U.S.C. § 522(f); and there being due and sufficient notice of the Motion as reflected in the Certificate of Service filed as Dkt. No. ___; and there being no objections to the requested relief; and no additional notice of or a hearing on the Motion being required under the circumstances; and it appearing, after due deliberation, that the following judicial lien fully impairs the Debtor's homestead exemption in respect of the Debtor's interest in the real property located at 219 Waters Edge, Valley Cottage, NY 10989 (the "Property"); and good and sufficient cause appearing, it is hereby

       **ORDERED** that the Motion is granted as provided herein; and it is further

       **ORDERED** that the fixing of the following judicial lien on the Property and its proceeds are declared void:

| Name | Approximate date of entry | Approximate amount with interest |
|------|---------------------------|----------------------------------|
| Key Bank | 03/26/2024 | $163,116.67 |

A082

and it is further,

**ORDERED** that the holder of the foregoing judicial lien shall, promptly upon being provided with a copy of this Order, execute any and all documents necessary to strike or reduce its respective lien from the judgment rolls maintained by the County Clerk of Rockland County, New York with respect to the Property and its proceeds; and it is further

**ORDERED** that the Clerk of Rockland County, New York shall mark on its records that the foregoing judicial lien has been declared void by Bankruptcy Court Order with respect to the Property and its proceeds; provided, that the Debtor may file a copy of this Order with such Clerk as alternative notice thereof.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:

GREGORY W. CAGLIONE,

Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CHAPTER 13

CASE NO.: 25-22392-cgm

### ORDER DENYING MOTION TO AVOID LIEN OF KEYBANK NATIONAL ASSOCIATION AS IMPAIRING DEBTOR'S HOMESTEAD EXEMPTION PURSUANT TO SECTION 522(F) OF THE BANKRUPTCY CODE AND DECLARING THAT SUCH <u>LIEN IS NULL AND VOID</u>

Upon the motion, dated July 13, 2025 (the "Motion"), filed as Dkt No. 26, of Gregory W. Caglione, the debtor herein (the "Debtor") by his counsel, Penachio Malara, LLP, for an order (i) avoiding the judicial lien, described therein and herein, as impairing his homestead exemption pursuant to 11 U.S.C. § 522(f); and there being due and sufficient notice of the Motion as reflected in the Affidavit of Service filed as Dkt. No. 28; and there being no objections to the requested relief; and a hearing having been held on the merits of the Motion on September 10, 2025; and good and sufficient cause appearing, it is hereby

**ORDERED** that for the reasons stated on the record at the September 10, 2025 hearing, the Debtor's Motion is DENIED.

/s/ Cecelia G. Morris

**Dated: September 18, 2025
Poughkeepsie, New York**



_____

**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**

A084

Repeat, APPEAL

# U.S. Bankruptcy Court
## Southern District of New York (White Plains)
## Bankruptcy Petition #: 25-22392-dsj

*Date filed:* 05/02/2025
*341 meeting:* 05/29/2025
*Deadline for filing claims:* 07/11/2025

*Assigned to:* Judge David S Jones
Chapter 13
Voluntary
Asset

**Debtor**
**Gregory W. Caglione**
219 Waters Edge
Valley Cottage, NY 10989
ROCKLAND-NY
SSN / ITIN: xxx-xx-8446

represented by **Anne J. Penachio**
Penachio Malara LLP
245 Main Street
Suite 450
White Plains, NY 10601
(914) 946-2889
Email: apenachio@pmlawllp.com

**Trustee**
**Thomas C. Frost**
Chapter 13 Standing Trustee
399 Knollwood Rd
Suite 102
White Plains, NY 10603
914-328-6333

**U.S. Trustee**
**United States Trustee**
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 05/02/2025 | 1 (11 pgs) | Chapter 13 Voluntary Petition for Individual. Order for Relief Entered. Section 521(i) Incomplete Filing Date: 06/16/2025. Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period - Form 122C-1 Due 05/16/2025 Schedule A/B due 05/16/2025. Schedule C due 05/16/2025. Schedule D due 05/16/2025. Schedule E/F due 05/16/2025. Schedule G due 05/16/2025. Schedule H due 05/16/2025. Schedule I due 05/16/2025. Schedule J due 05/16/2025. Summary of Assets and Liabilities due 05/16/2025. Statement of Financial Affairs due 05/16/2025. Atty Disclosure State. due 05/16/2025. Bankruptcy Petition Preparer Notice, Declaration and Signature Form 119 due 05/16/2025. Incomplete Filings due by 05/16/2025, Filed by Anne J. Penachio of Penachio Malara LLP on behalf of Gregory W. Caglione. (Penachio, Anne) (Entered: 05/02/2025) |

A085

| | | |
|---|---|---|
| 05/03/2025 | | Receipt of Voluntary Petition (Chapter 13)( 25-22392) [misc,1161] ( 313.00) Filing Fee. Receipt number A17060632. Fee amount 313.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 05/03/2025) |
| 05/05/2025 | 2 (1 pg) | Motion to Extend Time for Credit Counseling filed by Anne J. Penachio on behalf of Gregory W. Caglione. (Penachio, Anne) (Entered: 05/05/2025) |
| 05/07/2025 | 3 (1 pg) | Certificate of Credit Counseling, Certificate Number[s]: 00134-NYS-CC-039634097 Filed by Anne J. Penachio on behalf of Gregory W. Caglione. (Penachio, Anne) (Entered: 05/07/2025) |
| 05/07/2025 | 4 (2 pgs; 2 docs) | Order Granting Motion To Extend Time for Credit Counseling (Related Doc # 2) signed on 5/7/2025. Credit Counseling Certificate due: 6/4/2025. (DuBois, Linda) (Entered: 05/07/2025) |
| 05/07/2025 | 5 (3 pgs; 2 docs) | Notice of Appearance filed by Adam Michael Brasky on behalf of KeyBank National Association. (Attachments: # 1 Certificate of Service) (Brasky, Adam) (Entered: 05/07/2025) |
| 05/07/2025 | | Deficiencies Set: Chapter 13 Model Plan due 5/16/2025. Declaration of Schedules due 5/16/2025. (Tavarez, Arturo) (Entered: 05/07/2025) |
| 05/07/2025 | 6 (2 pgs; 2 docs) | Deficiency Notice (Tavarez, Arturo). (Entered: 05/07/2025) |
| 05/07/2025 | 7 (4 pgs; 2 docs) | Notice of Chapter 13 Bankruptcy Case, 341(a) Meeting of Creditors & Notice of Appointment of Trustee with 341(a) meeting to be held on 5/29/2025 at 10:00 AM at Zoom.us - Frost: Meeting ID 673 361 4656, Passcode 5387830639, Phone 1 (914) 855-1401. with Confirmation hearing to be held on 7/9/2025 at 09:05 AM at Videoconference (ZoomGov) (CGM) Last day to object to dischargeability of a debt is 7/28/2025. Last day to Object to Confirmation 6/30/2025, Proofs of Claim due by 7/11/2025, (Tavarez, Arturo). (Entered: 05/07/2025) |
| 05/07/2025 | | Repeat Filer. Previous Case Number(s) and Information: **Case No.: 03-23298 (ash); Gregory W. Caglione; Southern District of New York - Judge Adlai S. Hardin, Jr.**; Filed: 07/28/2003; Chapter: 7; Discharged: 11/24/2003; Closed: 12/01/2003; (Tavarez, Arturo). (Entered: 05/07/2025) |
| 05/08/2025 | | Pending Deadlines Terminated. Bankruptcy Petition Preparer's Notice deadline set in error. (DuBois, Linda). (Entered: 05/08/2025) |
| 05/08/2025 | 8 (2 pgs; 2 docs) | Updated Deficiency Notice (DuBois, Linda). (Entered: 05/08/2025) |
| 05/08/2025 | 9 (2 pgs; 2 docs) | Notice of Hearing on Automatic Dismissal with hearing to be held on 7/9/2025 at 09:00 AM at Videoconference (ZoomGov) (CGM) (DuBois, Linda). (Entered: 05/08/2025) |
| 05/08/2025 | 10 (1 pg) | Notice of Appearance filed by Linda St. Pierre on behalf of Nationstar Mortgage LLC. (St. Pierre, Linda) (Entered: 05/08/2025) |
| 05/09/2025 | 11 (6 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 7)) . Notice Date 05/09/2025. (Admin.) (Entered: 05/10/2025) |

| | | |
|---|---|---|
| 05/09/2025 | [12](#)<br>(2 pgs) | Certificate of Mailing Re: Deficiency Notice (related document(s) (Related Doc # [6](#))) . Notice Date 05/09/2025. (Admin.) (Entered: 05/10/2025) |
| 05/09/2025 | [13](#)<br>(2 pgs) | Certificate of Mailing (related document(s) (Related Doc # [4](#))) . Notice Date 05/09/2025. (Admin.) (Entered: 05/10/2025) |
| 05/10/2025 | [14](#)<br>(2 pgs) | Certificate of Mailing Re: Deficiency Notice (related document(s) (Related Doc # [8](#))) . Notice Date 05/10/2025. (Admin.) (Entered: 05/11/2025) |
| 05/10/2025 | [15](#)<br>(2 pgs) | Certificate of Mailing Re: Notice of Hearing on Automatic Dismissal (related document(s) (Related Doc # [9](#))) . Notice Date 05/10/2025. (Admin.) (Entered: 05/11/2025) |
| 05/15/2025 | [16](#)<br>(31 pgs) | Schedules filed: Schedule A/B - Individual, Schedule C - Individual, Schedule D - Individual, Schedule E/F - Individual, Schedule G - Individual, Schedule H - Individual, Schedule I - Individual, Schedule J - Individual , Disclosure of Compensation of Attorney For Debtor (Rule 2016(b))- Form 2030 , Chapter 13 Calculation of Disposable Income - Form 122C-2 , Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period for 5 Years (Form 122C-1). Disposable Income Is Determined. , Declaration About Individual Debtor's Schedules (Official Form 106Dec) , Statement of Financial Affairs - Individual , Summary of Assets and Liabilities Schedules - Individual Filed by Anne J. Penachio on behalf of Gregory W. Caglione. (Penachio, Anne) (Entered: 05/15/2025) |
| 05/15/2025 | [17](#)<br>(11 pgs) | Chapter 13 Calculation of Disposable Income - Form 122C-2 Filed by Anne J. Penachio on behalf of Gregory W. Caglione. (Penachio, Anne) (Entered: 05/15/2025) |
| 05/15/2025 | [18](#)<br>(4 pgs) | Chapter 13 Plan Filed by Debtor Gregory W. Caglione. (Penachio, Anne) (Entered: 05/15/2025) |
| 05/15/2025 | [19](#)<br>(2 pgs) | Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q) (Form B2830) Filed by Anne J. Penachio on behalf of Gregory W. Caglione. (Penachio, Anne) (Entered: 05/15/2025) |
| 05/15/2025 | [20](#)<br>(4 pgs) | Certificate of Service *for Chapter 13 Plan* (related document(s)[18](#)) Filed by Anne J. Penachio on behalf of Gregory W. Caglione. (Penachio, Anne) (Entered: 05/15/2025) |
| 05/15/2025 | | Pending Deadlines Terminated Re: Doc# 9; Notice of Hearing on Automatic Dismissal; Hearing MOOT - Deficiencies Satisfied - See Doc.#16, #17, #18, #19, #20. (Mercado, Tracey). (Entered: 05/15/2025) |
| 05/15/2025 | | Pending Deadlines Terminated. ALL filing deficiencies satisfied. (DuBois, Linda). (Entered: 05/15/2025) |
| 06/02/2025 | [21](#)<br>(1 pg) | Personal Financial Management Course Certificate For Debtor Gregory Caglione Provided By Solid Start Financial, 8664674147. (certfiler) (Entered: 06/02/2025) |

A087

| | | |
|---|---|---|
| 06/19/2025 | **22**<br>(4 pgs) | Objection to Confirmation of Plan *with Certificate of Service* (related document(s)18) filed by Ernest A. Yazzetti Jr. on behalf of Nationstar Mortgage LLC. (Yazzetti, Ernest) (Entered: 06/19/2025) |
| 06/25/2025 | 23 | Notice of Adjournment of Hearing Re: Confirmation Hearing, (related document(s): 7 )); Hearing Not Held And Adjourned To: 09/10/2025 at 09:00 AM at Videoconference (ZoomGov) (CGM). (TraceyMercado) (Entered: 06/25/2025) |
| 06/25/2025 | 24 | Notice of Adjournment of Hearing Re: Doc.#22; Objection to Confirmation of Plan with Certificate of Service (related document(s)18) filed by Ernest A. Yazzetti Jr. on behalf of Nationstar Mortgage LLC.; Hearing Not Held And Adjourned To: 09/10/2025 at 09:00 AM at Videoconference (ZoomGov) (CGM). (TraceyMercado) (Entered: 06/25/2025) |
| 06/25/2025 | **25**<br>(2 pgs) | Notice of Adjournment of Hearing *on Confirmation* filed by Anne J. Penachio on behalf of Gregory W. Caglione. with hearing to be held on 9/10/2025 at 09:00 AM at Videoconference (ZoomGov) (CGM) (Penachio, Anne) (Entered: 06/25/2025) |
| 07/31/2025 | **26**<br>(35 pgs; 4 docs) | Motion to Avoid Lien *of KeyBank National Association as impairing the Debtor's Homestead Exemption* filed by Anne J. Penachio on behalf of Gregory W. Caglione. (Attachments: # 1 Exhibit A Appraisal # 2 Exhibit B Nationstar Proof of Claim No. 9 # 3 Exhibit C Key Bank Proof of Claim No. 6) (Penachio, Anne) (Entered: 07/31/2025) |
| 07/31/2025 | **27**<br>(4 pgs) | Notice of Presentment *of Order approving the Debtor's Motion to Avoid Lien of KeyBank National Association as impairing his Homestead Exemption* (related document(s)26) filed by Anne J. Penachio on behalf of Gregory W. Caglione. with presentment to be held on 8/22/2025 (check with court for location) (Penachio, Anne) (Entered: 07/31/2025) |
| 07/31/2025 | **28**<br>(2 pgs) | Affidavit of Service *for Notice of Presentment of Order approving the Debtor's Motion to Avoid Lien of KeyBank National Association as impairing his Homestead Exemption* (related document(s)27) filed by Anne J. Penachio on behalf of Gregory W. Caglione. (Penachio, Anne) (Entered: 07/31/2025) |
| 08/19/2025 | **29**<br>(8 pgs) | Amended Chapter 13 Plan *to upwardly modify plan payments to include end of car loan and retirement loan* Filed by Debtor Gregory W. Caglione. (Penachio, Anne) (Entered: 08/19/2025) |
| 08/19/2025 | **30**<br>(4 pgs) | Certificate of Service *for Amended Chapter 13 Plan to upwardly modify plan payments to include end of car loan and retirement loan* (related document(s)29) filed by Anne J. Penachio on behalf of Gregory W. Caglione. (Penachio, Anne) (Entered: 08/19/2025) |
| 08/19/2025 | | Pending Deadlines Terminated Re: Doc.#22; Objection to Confirmation of Plan with Certificate of Service (related document(s)18) filed by Ernest A. Yazzetti Jr. on behalf of Nationstar Mortgage LLC.; Hearing Not Held - An Amended Plan Was Filed On 08/19/2025 - See Doc.#29. (Mercado, Tracey). (Entered: 08/19/2025) |
| 08/25/2025 | 31 | Notice of Hearing *to consider the Motion to Avoid Lien of KeyBank National Association as impairing the Debtor's Homestead Exemption* |

A088

| | | |
|---|---|---|
| | | *filed by Anne J. Penachio on behalf of Gregory W. Caglione* (related document(s)26) filed by Clerk of Court, United States Bankruptcy Court, SDNY. with hearing to be held on 9/10/2025 at 09:00 AM at Videoconference (ZoomGov) (CGM) (Fredericks, Frances) (Entered: 08/25/2025) |
| 09/10/2025 | 32 | Notice of Adjournment of Hearing RE: Confirmation hearing held and adjourned to 11/5/2025 at 09:00 AM at Videoconference (ZoomGov) (CGM) (Kinchen, Gwen). (Entered: 09/10/2025) |
| 09/10/2025 | | Pending Deadlines Terminated: Motion to Avoid Lien of KeyBank National Association as impairing the Debtor's Homestead Exemption filed by Anne J. Penachio on behalf of Gregory W. Caglione; Hearing held, motion denied, submit order. (Kinchen, Gwen). (Entered: 09/10/2025) |
| 09/18/2025 | 33 (1 pg) | Order Denying Motion to Avoid Lien of KeyBank National Association as impairing the Debtor's Homestead Exemption (Related Doc # 26) signed on 9/18/2025. (DuBois, Linda) (Entered: 09/18/2025) |
| 09/26/2025 | 34 (5 pgs; 2 docs) | Notice of Appeal *of Order Denying Motion to Avoid Lien of KeyBank National Association as impairing the Debtor's Homestead Exemption* (related document(s)33) filed by Anne J. Penachio on behalf of Gregory W. Caglione. (Attachments: # 1 Civil Cover Sheet)(Penachio, Anne) (Entered: 09/26/2025) |
| 09/26/2025 | | Receipt of Notice of Appeal( 25-22392-cgm) [appeal,97] ( 298.00) Filing Fee. Receipt number A17240354. Fee amount 298.00. (Re: Doc # 34) (U.S. Treasury) (Entered: 09/26/2025) |
| 10/01/2025 | 35 (2 pgs) | Statement of Issues (related document(s)34) filed by Anne J. Penachio on behalf of Gregory W. Caglione. (Penachio, Anne) (Entered: 10/01/2025) |
| 10/02/2025 | 36 (2 pgs) | Civil Cover Sheet from U.S. District Court, Case Number: 25-cv-8182 Judge Philip M. Halpern (related document(s)34) (Rouzeau, Anatin). (Entered: 10/02/2025) |
| 10/03/2025 | 37 | Transcript regarding Hearing Held on 09/10/2025 At 11:35 AM RE: Motion To Avoid Lien Of Keybank National Association As Impairing The Debtor's Homestead Exemption. Remote electronic access to the transcript is restricted until 1/2/2026. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 26, 31 ). Notice of Intent to Request Redaction Deadline Due By 10/10/2025. Statement of Redaction Request Due By 10/24/2025. Redacted Transcript Submission Due By 11/3/2025. Transcript access will be restricted through 1/2/2026. (Ramos, Jonathan) (Entered: 10/03/2025) |
| 10/24/2025 | 38 (2 pgs) | Notice of Adjournment of Hearing *on Confirmation* filed by Anne J. Penachio on behalf of Gregory W. Caglione. with hearing to be held on 1/7/2026 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Penachio, Anne) (Entered: 10/24/2025) |
| 10/24/2025 | 39 (3 pgs; 2 docs) | Notice of Case Reassignment from Judge Cecelia G. Morris to Judge David S. Jones. (Gomez, Jessica). (Entered: 10/24/2025) |

A089

| | | |
|---|---|---|
| 10/29/2025 | [40](#)<br>(5 pgs) | Certificate of Mailing Re: Notice of Case Reassignment (related document(s) (Related Doc # [39](#))) . Notice Date 10/29/2025. (Admin.) (Entered: 10/30/2025) |
| 11/05/2025 | [41](#)<br>(2 pgs; 2 docs) | Notice of Transmittal of Record of Appeal. All documents have been filed with the United States District Court for the Southern District of New York. Record of Appeal is Complete and Available Electronically under Civil Case Number 25-cv-8182 assigned to the Honorable Philip M. Halpern. Check the District Court Docket Sheet for the Briefing Schedule. (related document(s)[34](#)) (Rouzeau, Anatin). (Entered: 11/05/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/05/2025 11:05:48 | | | |
| **PACER Login:** | fmalara245 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 25-22392-dsj Fil or Ent: filed From: 11/21/2020 To: 12/5/2025 Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

A090

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:

                                        CHAPTER 13

    GREGORY W. CAGLIONE,

                                         CASE NO.: 25-22392-cgm

                         Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the appellant(s)**

    **1.  Name(s) of the appellant(s):**

    2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | X Debtor |
| ☐ Defendant | ☐ Creditor |
| ☐ Other (describe)_____ | ☐ Trustee |
|  | ☐ Other (describe)_____ |

**Part 2: Identify the subject of this appeal**

    1.  Describe the judgment, order, or decree appealed from: ORDER DENYING MOTION TO AVOID LIEN OF KEYBANK NATIONAL ASSOCIATION AS IMPAIRING THE DEBTOR'S HOMESTEAD EXEMPTION PURSUANT TO SECTIONS 522(F) OF THE BANKRUPTCY CODE AND DECLARING THAT SUCH LIEN IS NULL AND VOID

    2.  State the date on which the judgment, order, or decree was entered: September 18, 2025

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

    1.  Gregory W. Caglione                   Attorney: Anne Penachio, Esq.

A091

|   | Penachio Malara, LLP |
|---|---|
| . | 245 Main Street – Ste 450 |
|   | White Plains, NY 10601 |
|   | (914) 946-2889 |
| 2. Thomas Frost | 399 Knollwood Road, Suite 102 |
| Chapter 13 Trustee | White Plains, NY 10603 |
| 3. KeyBank National Association | c/o Adam M. Brasky, Esq. |
|   | 1600 Liberty Building |
|   | Buffalo, New York 14202 |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. §158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

✓ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

**Part 5: Sign below**

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date:   09/26/2025

Name, address and telephone number of attorney (or appellant(s) if not represented by an attorney):

Anne Penachio
Penachio Malara, LLP
245 Main Street, Suite 450
White Plains, NY 10601
(914) 946-2889

A092

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:

                                                                  CHAPTER 13

    GREGORY W. CAGLIONE,

                                                                    CASE NO.: 25-22392-cgm

                                       Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER DENYING MOTION TO AVOID LIEN OF KEYBANK NATIONAL ASSOCIATION AS IMPAIRING DEBTOR'S HOMESTEAD EXEMPTION PURSUANT TO SECTION 522(F) OF THE BANKRUPTCY CODE AND DECLARING THAT SUCH <u>LIEN IS NULL AND VOID</u>**

Upon the motion, dated July 13, 2025 (the "Motion"), filed as Dkt No. 26, of Gregory W. Caglione, the debtor herein (the "Debtor") by his counsel, Penachio Malara, LLP, for an order (i) avoiding the judicial lien, described therein and herein, as impairing his homestead exemption pursuant to 11 U.S.C. § 522(f); and there being due and sufficient notice of the Motion as reflected in the Affidavit of Service filed as Dkt. No. 28; and there being no objections to the requested relief; and a hearing having been held on the merits of the Motion on September 10, 2025; and good and sufficient cause appearing, it is hereby

      **ORDERED** that for the reasons stated on the record at the September 10, 2025 hearing, the Debtor's Motion is DENIED.



**Dated: September 18, 2025**
**Poughkeepsie, New York**

                                                 **/s/ Cecelia G. Morris**
                                                 _____
                                                 **Hon. Cecelia G. Morris**
                                                  **U.S. Bankruptcy Judge**

A093

JS 44C/SDNY
REV.
12/04/2024

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Gregory Caglione | Key Bank USA |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| Anne Penachio - Penachio Malara LLP<br>245 Main Street - Ste 450<br>White Plains, NY  10601 - 914-946-2889 | Adam Brasky - Rupp Pfalzgraf  LLC<br>1600 Liberty Building  - Buffalo, NY  14202 716-854-3400 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No [✔] Yes [ ] _____
*(If yes, Judge Previously Assigned)*

If yes, was this case  Vol. [X]  Invol. [ ]  Dismissed.  No [ ]  Yes [ ]    If yes, give date _____  & Case No. _____

**IS THIS AN INTERNATIONAL ARBITRATION CASE?**       No [X]       Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*       **NATURE OF SUIT**

**TORTS**

**CONTRACT**

[ ] 110    INSURANCE
[ ] 120    MARINE
[ ] 130    MILLER ACT
[ ] 140    NEGOTIABLE
             INSTRUMENT
[ ] 150    RECOVERY OF
             OVERPAYMENT &
             ENFORCEMENT
             OF JUDGMENT
[ ] 151    MEDICARE ACT
[ ] 152    RECOVERY OF
             DEFAULTED
             STUDENT LOANS
             (EXCL VETERANS)
[ ] 153    RECOVERY OF
             OVERPAYMENT
             OF VETERAN'S
             BENEFITS
[ ] 160    STOCKHOLDERS
             SUITS
[ ] 190    OTHER
             CONTRACT
[ ] 195    CONTRACT
             PRODUCT
             LIABILITY
[ ] 196  FRANCHISE

**REAL PROPERTY**

[ ] 210    LAND
             CONDEMNATION
[ ] 220    FORECLOSURE
[ ] 230    RENT LEASE &
             EJECTMENT
[ ] 240    TORTS TO LAND
[ ] 245    TORT PRODUCT
             LIABILITY
[ ] 290    ALL OTHER
             REAL PROPERTY

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT
           LIABILITY
[ ] 320 ASSAULT, LIBEL &
           SLANDER
[ ] 330 FEDERAL
           EMPLOYERS'
           LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT
           LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE
           PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL
           INJURY
[ ] 362 PERSONAL INJURY -
           MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

[ ] 440    OTHER CIVIL RIGHTS
             (Non-Prisoner)

[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/
           ACCOMMODATIONS
[ ] 445 AMERICANS WITH
           DISABILITIES -
           EMPLOYMENT
[ ] 446   AMERICANS WITH
           DISABILITIES -OTHER
[ ] 448 EDUCATION

**PERSONAL INJURY**
[ ] 367 HEALTHCARE/
PHARMACEUTICAL PERSONAL
INJURY/PRODUCT LIABILITY
[ ] 365 PERSONAL INJURY
           PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL
           INJURY PRODUCT
           LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING

[ ] 380 OTHER PERSONAL
           PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE
           PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 463 ALIEN DETAINEE
[ ] 510 MOTIONS TO
           VACATE SENTENCE
           28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**

[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION
[ ] 560 CIVIL DETAINEE
           CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**

[ ] 625 DRUG RELATED
SEIZURE OF PROPERTY
           21 USC 881
[ ] 690 OTHER

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION
[ ] 840 TRADEMARK

**LABOR**

[ ] 710 FAIR LABOR
           STANDARDS ACT
[ ] 720 LABOR/MGMT
           RELATIONS
[ ] 740 RAILWAY LABOR ACT
[ ]  751 FAMILY MEDICAL
LEAVE ACT (FMLA)
[ ] 790 OTHER LABOR
           LITIGATION
[ ] 791 EMPL RET INC
           SECURITY ACT (ERISA)

**IMMIGRATION**

[ ] 462 NATURALIZATION
           APPLICATION
[ ] 465 OTHER IMMIGRATION
           ACTIONS

**BANKRUPTCY**

[X] 422 APPEAL
           28 USC 158
[ ] 423 WITHDRAWAL
           28 USC 157

[ ] 880 DEFEND TRADE SECRETS ACT

**SOCIAL SECURITY**

[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES (U.S. Plaintiff or
           Defendant)
[ ] 871 IRS-THIRD PARTY
           26 USC 7609

**ACTIONS UNDER STATUTES**

**OTHER STATUTES**

[ ] 375 FALSE CLAIMS
[ ] 376 QUI TAM
[ ] 400 STATE
           REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU-
           ENCED & CORRUPT
           ORGANIZATION ACT
           (RICO)
[ ] 480  CONSUMER CREDIT
[ ] 485 TELEPHONE CONSUMER
           PROTECTION ACT

[ ] 490  CABLE/SATELLITE TV
[ ] 850 SECURITIES/
           COMMODITIES/
           EXCHANGE

[ ] 890 OTHER STATUTORY
           ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 893 ENVIRONMENTAL
           MATTERS
[ ] 895 FREEDOM OF
           INFORMATION ACT
[ ]  896 ARBITRATION
[ ]  899 ADMINISTRATIVE
           PROCEDURE ACT/REVIEW OR
           APPEAL OF AGENCY DECISION

[ ] 950 CONSTITUTIONALITY OF
           STATE STATUTES

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $_____   OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____   DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND:    YES    NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

A094

*(PLACE AN x IN ONE BOX ONLY)*                                    **ORIGIN**

[X] 1 Original Proceeding

[ ] 2 Removed from State Court

    [ ] a. **all parties represented**

    [ ] b. **At least one party is pro se.**

[ ] 3 Remanded from Appellate Court

[ ] 4 Reinstated or Reopened

[ ] 5 Transferred from (Specify District)

[ ] 6 Multidistrict Litigation (Transferred)

[ ] 7 Appeal to District Judge from Magistrate Judge

[ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*          **BASIS OF JURISDICTION**          *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF  [ ] 2 U.S. DEFENDANT  [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)  [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:     THIS ACTION SHOULD BE ASSIGNED TO:     [X] WHITE PLAINS     [ ] MANHATTAN

DATE          /s/ Anne Penachio

           SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED  Mo. April    Yr. 1993    )
Attorney Bar Code # 9721

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

A095

**Clear Form**          **Save**          **Print**

PENACHIO MALARA LLP
Counsel for the Debtor
245 Main Street, Suite 450
White Plains, New York 10601
(914) 946-2889

Anne Penachio, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In re:

                                          CHAPTER 13

GREGORY W. CAGLIONE,

                                          CASE NO.: 25-22392-cgm
                          Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

    **GREGORY W. CAGLIONE,** debtor herein, by and through his counsel, Penachio

Malara LLP, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby submits this

Statement of Issues and Designation of the Record on Appeal and respectfully states as follows:

**Statement of Issues Presented**

1.    Did the Bankruptcy Court commit reversible error when it denied the Debtor's

unopposed application to set aside the judgment lien of KeyBank National Association as

impairing his Homestead Exemption under 11 U.S.C. § 522?

**Designation of the Record on Appeal**

    The Debtor hereby designates the following items to be included in the record on appeal:

    1.  Chapter 13 Petition [Dkt. No. 1] dated May 2, 2025

    2.  Notice of Appearance of KeyBank National Association [Dkt. No. 5] dated May 7,

2025

3. Schedules [Dkt. No. 16] dated May 15, 2025

4. Motion of Debtor to Avoid Lien of KeyBank National Association as Impairing his Homestead Exemption [Dkt. No. 26] dated July 31, 2025

5. Notice of Presentment of Order Approving the Debtor's Motion to avoid the lien of KeyBank National Association as Impairing his Homestead Exemption [Dkt. No. 27] dated July 31, 2025

6. Notice of Hearing to consider the Motion to Avoid Lien of Keybank National as Impairing the Debtor's Homestead Exemption [Dkt. No. 31] dated August 25, 2025

7. Order Denying Motion to Avoid Lien of KeyBank National Association as Impairing the Debtor's Homestead Exemption [ Dkt. No. 33] dated September 18, 2025

8. Notice of Appeal of Order Denying Motion to Avoid Lien of KeyBank National Association as Impairing the Debtor's Homestead Exemption [Dkt. No. 34] dated September 26, 2025

9. Transcript regarding Hearing Held on September 10, 2025 [Dkt. No. To Be Determined; Entry Pending]

Dated:  October 1, 2025
         White Plains, New York

                                        **PENACHIO MALARA LLP**
                                        **/s/**Anne Penachio
                                        Anne Penachio, Esq.
                                        Counsel to the Debtor
                                        245 Main Street - Suite 450
                                        White Plains, NY 10601
                                        (914) 946-2889

A097

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 25-22392-cgm

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In the Matter of:

GREGORY W. CAGLIONE,

            Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                    United States Bankruptcy Court

                    300 Quarropas Street, Room 248

                    White Plains, NY 10601


                    September 10, 2025

                    11:35 a.m.




B E F O R E :

HON. CECELIA G. MORRIS

U.S. BANKRUPTCY JUDGE


ECRO:   UNKNOWN

Page 2

HEARING re 1) Doc# 31; Notice of Hearing to consider the Motion toAvoid Lien of KeyBank National Association as impairing the Debtors Homestead Exemption filed by Anne J. Penachio on behalf of Gregory W. Caglione (related document(s)26) filed by Clerk of Court, United States Bankruptcy Court, SDNY. with hearing to be held on 9/10/2025 at 09:00 AM at Videoconference (ZoomGov) (CGM)

HEARING re Doc. #26 Motion to Avoid Lien of KeyBank National Association as impairing the Debtor's Homestead Exemption filed by Anne J. Penachio on behalf of Gregory W. Caglione. (Attachments: # 1 Exhibit A Appraisal # 2 Exhibit B Nationstar Proof of Claim No. 9 # 3 Exhibit C Key Bank Proof of Claim No. 6) (Penachio, Page: 53 Wednesday, September 10, 2025 Anne)

HEARING re 2) Confirmation Hearing

Transcribed by:  Sonya Ledanski Hyde

Page 3

A P P E A R A N C E S :


PENACHIO MALARA LLP

        Attorney for Debtor

        245 Mainstreet, Suite 450

        White Plains, NY 10601


BY:  ANNE J. PENACHIO


OFFICE OF CHAPTER 13 TRUSTEE THOMAS FROST

        Attorney for Chapter 13 Trustee

        399 Knollwood Road, Suite 102

        White Plains, NY 10603


BY:  THOMAS C. FROST

Page 4

PROCEEDINGS

THE COURT:  25-22392, Gregory Caglione.

MS. PENACHIO:  Good morning, Your Honor.  Your Honor, this is a hearing on the Debtor's application to strip off liens as impairing his homestead exemption.

THE COURT:  Yes.

MS. PENACHIO:  I was here earlier in the calendar and I heard the Court mention a deed and I did not annex a deed to the paperwork.  I apologize.  If there is an issue, I would just ask for a leave to amend.

THE COURT:  Okay, well let me just go ahead with this.

MS. PENACHIO:  Okay.

THE COURT:  The Debtor owns the property as the tenant by the entirety with his non-filing spouse.  Therefore, the full fair market value of the property, as of the petition date, is used for lien avoidance calculations.  Debtor's claims homestead exemption exceeds the maximum amount allowed under NY CPLR Section 5206(d).  Therefore, it must be reduced to $150,000 subtracting the mortgage, the homestead exemption.  Together they're $544,112.57 from the value of the property, $725,000, leaves $180,907.43 in equity.  Therefore, the judicial lien, the amount of $163,116.67, is intact in its entirety.  So, I have to deny your motion based, actually, on the calculation.

Page 5

Incorrectly applied a homestead exemption that exceeds the maximum under state law and incorrectly applies half of the Debtor's interest in the property instead of the full market value.  So, I am denying it.

MS. PENACHIO:  Okay.  Your Honor, may I just ask a question?  Was it reduced?  I'd like just to go over the math again.  It sounded like it's not entirely denied, but that --

THE COURT:  Your -- no, it's denied.

MS. PENACHIO:  It's -- okay.

THE COURT:  Your Debtor is entitled to an exemption of $150,000 because of how the property is held under New York law.  Since it's entitled to $150,000, he cannot take the full amount for the non-filing spouse.

MS. PENACHIO:  Right.  So, would he get -- would the lien be reduced by $150,000?

THE COURT:  No, no, no, no, no.

MS. PENACHIO:  Okay.  All right.

THE COURT:  Even if you've got one dollar, the lien is not reduced.

MS. PENACHIO:  Okay.

THE COURT:  If there's one dollar over, you cannot reduce the lien.

MS. PENACHIO:  That's under (indiscernible), though, Your Honor.

Page 6

THE COURT:  I'm telling you.

MS. PENACHIO:  okay.  Yeah, I -- no, I believe -- I take the Court's word for it.  I just have to go through it in my mind.  All right.

THE COURT:  Okay.  I'll let you go through it in your mind in your own time.

MS. PENACHIO:  Okay.  Thank you, Your Honor.

THE COURT:  25-07017, Baker vs. -- do I need to -- do I need an adjournment date on that case?

MR. FROST:  We do, for confirmation, Judge.  The Debtor is current.  It's not feasible.  We do need an amended plan to --

THE COURT:  11/5

MR. FROST:  -- do a Claim 6.

MS. PENACHIO:  Thank you, Your Honor.

MR. FROST:  Thank you.

(Whereupon these proceedings were concluded)

                                                              Page 7

                            I N D E X


                            RULINGS

                                              Page      Line

  Motion to avoid lien, denied                 5         4

Page 8

CERTIFICATION

I, Sonya Ledanski Hyde, certified that the foregoing transcript is a true and accurate record of the proceedings.

Sonya Ledanski Hyde

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date:  October 2, 2025

**[09:00 - e]**

Page 1

| **0** | **4** | applies  5:2 | claims  4:18 |
|---|---|---|---|
| **09:00**  2:7 | **4**  7:5 | appraisal  2:12 | clerk  2:5 |
| **1** | **450**  3:5 | association  2:2 | concluded  6:17 |
| **1**  2:1,12 | **5** | 2:10 | confirmation |
| **10**  1:15 2:14 | **5**  7:5 | attachments | 2:17 6:10 |
| **102**  3:12 | **5206**  4:19 | 2:12 | consider  2:1 |
| **10601**  1:13 3:6 | **53**  2:14 | attorney  3:4,11 | country  8:21 |
| **10603**  3:13 | **544,112.57** | avoid  2:9 7:5 | court  1:1,11 |
| **11/5**  6:13 | 4:21 | avoidance  4:17 | 2:5,6 4:2,6,8 |
| **11501**  8:23 | **6** | **b** | 4:11,14 5:9,11 |
| **11:35**  1:16 | **6**  2:14 6:14 | **b**  1:21 2:12 | 5:17,19,22 6:1 |
| **12151**  8:6 | **7** | baker  6:8 | 6:5,8,13 |
| **13**  3:10,11 | **725,000**  4:22 | bank  2:13 | court's  6:3 |
| **150,000**  4:20 | **9** | bankruptcy | cplr  4:19 |
| 5:12,13,16 | **9**  2:13 | 1:1,11,23 2:6 | current  6:11 |
| **163,116.67** | **9/10/2025**  2:6 | based  4:25 | **d** |
| 4:24 | **a** | behalf  2:4,11 | **d**  4:1,19 7:1 |
| **180,907.43** | **a.m.**  1:16 | believe  6:2 | date  4:17 6:9 |
| 4:22 | accurate  8:4 | **c** | 8:25 |
| **2** | actually  4:25 | **c**  2:13 3:1,15 | debtor  1:9 3:4 |
| **2**  2:12,17 8:25 | adjournment | 4:1 8:1,1 | 4:14 5:11 6:11 |
| **2025**  1:15 2:15 | 6:9 | caglione  1:7 | debtor's  2:10 |
| 8:25 | ahead  4:11 | 2:4,11 4:2 | 4:4,18 5:3 |
| **245**  3:5 | allowed  4:19 | calculation | debtors  2:3 |
| **248**  1:12 | amend  4:10 | 4:25 | deed  4:8,9 |
| **25-07017**  6:8 | amended  6:12 | calculations | denied  5:7,9 |
| **25-22392**  1:3 | amount  4:19 | 4:17 | 7:5 |
| 4:2 | 4:23 5:14 | calendar  4:7 | deny  4:24 |
| **26**  2:5,9 | anne  2:3,11,15 | case  1:3 6:9 | denying  5:4 |
| **3** | 3:8 | cecelia  1:22 | district  1:2 |
| **3**  2:13 | annex  4:8 | certified  8:3 | doc  2:1,9 |
| **300**  1:12 8:22 | apologize  4:9 | cgm  1:3 2:7 | document  2:5 |
| **31**  2:1 | application  4:4 | chapter  3:10 | dollar  5:19,22 |
| **330**  8:21 | applied  5:1 | 3:11 | **e** |
| **399**  3:12 | | claim  2:13,14 | **e**  1:21,21 3:1,1 |
| | | 6:14 | 4:1,1 7:1 8:1 |

**[earlier - r]**                                        Page 2

| | | | |
|---|---|---|---|
| **earlier** 4:7 | **hearing** 2:1,1,6 | **legal** 8:20 | **o** |
| **ecro** 1:25 | 2:9,17,17 4:4 | **lien** 2:2,9 4:17 | **o** 1:21 4:1 8:1 |
| **entirely** 5:7 | **held** 2:6 5:12 | 4:23 5:16,20 | **october** 8:25 |
| **entirety** 4:15 | **homestead** 2:3 | 5:23 7:5 | **office** 3:10 |
| 4:24 | 2:10 4:5,18,21 | **liens** 4:5 | **okay** 4:11,13 |
| **entitled** 5:11 | 5:1 | **line** 7:4 | 5:5,10,18,21 |
| 5:13 | **hon** 1:22 | **llp** 3:3 | 6:2,5,7 |
| **equity** 4:23 | **honor** 4:3,4 5:5 | **m** | **old** 8:21 |
| **exceeds** 4:18 | 5:25 6:7,15 | **mainstreet** 3:5 | **own** 6:6 |
| 5:1 | **hyde** 2:25 8:3,8 | **malara** 3:3 | **owns** 4:14 |
| **exemption** 2:3 | **i** | **market** 4:16 | **p** |
| 2:10 4:5,18,21 | **impairing** 2:3 | 5:3 | **p** 3:1,1 4:1 |
| 5:1,12 | 2:10 4:5 | **math** 5:7 | **page** 2:14 7:4 |
| **exhibit** 2:12,12 | **incorrectly** 5:1 | **matter** 1:5 | **paperwork** 4:9 |
| 2:13 | 5:2 | **maximum** 4:18 | **penachio** 2:4 |
| **f** | **indiscernible** | 5:2 | 2:11,14 3:3,8 |
| **f** 1:21 8:1 | 5:24 | **mention** 4:8 | 4:3,7,13 5:5,10 |
| **fair** 4:16 | **intact** 4:24 | **mind** 6:4,6 | 5:15,18,21,24 |
| **feasible** 6:11 | **interest** 5:3 | **mineola** 8:23 | 6:2,7,15 |
| **filed** 2:3,5,11 | **issue** 4:9 | **morning** 4:3 | **petition** 4:17 |
| **filing** 4:15 5:14 | **j** | **morris** 1:22 | **plains** 1:13 3:6 |
| **foregoing** 8:3 | **j** 2:3,11 3:8 | **mortgage** 4:20 | 3:13 |
| **frost** 3:10,15 | **judge** 1:23 | **motion** 2:2,9 | **plan** 6:12 |
| 6:10,14,16 | 6:10 | 4:25 7:5 | **proceedings** |
| **full** 4:16 5:3,14 | **judicial** 4:23 | **n** | 6:17 8:4 |
| **g** | **k** | **n** 3:1 4:1 7:1 | **proof** 2:13,13 |
| **g** 1:22 4:1 | **key** 2:13 | 8:1 | **property** 4:14 |
| **go** 4:11 5:6 6:3 | **keybank** 2:2,9 | **national** 2:2,9 | 4:16,22 5:3,12 |
| 6:5 | **knollwood** | **nationstar** | **q** |
| **good** 4:3 | 3:12 | 2:13 | **quarropas** |
| **gregory** 1:7 2:4 | **l** | **need** 6:8,9,11 | 1:12 |
| 2:11 4:2 | **law** 5:2,13 | **new** 1:2 5:13 | **question** 5:6 |
| **h** | **leave** 4:10 | **non** 4:15 5:14 | **r** |
| **half** 5:2 | **leaves** 4:22 | **notice** 2:1 | **r** 1:21 3:1 4:1 |
| **heard** 4:8 | **ledanski** 2:25 | **ny** 1:13 3:6,13 | 8:1 |
| | 8:3,8 | 4:19 8:23 | |

**[record - zoomgov]**                                              Page 3

| | | |
|---|---|---|
| **record** 8:4 | **take** 5:14 6:3 | **word** 6:3 |
| **reduce** 5:23 | **telling** 6:1 | **x** |
| **reduced** 4:20 5:6,16,20 | **tenant** 4:15 | **x** 1:4,10 7:1 |
| **related** 2:4 | **thank** 6:7,15 6:16 | **y** |
| **right** 5:15,18 6:4 | **thomas** 3:10,15 | **yeah** 6:2 |
| **road** 3:12 8:21 | **time** 6:6 | **york** 1:2 5:13 |
| **room** 1:12 | **toavoid** 2:2 | **z** |
| **rulings** 7:3 | **together** 4:21 | **zoomgov** 2:7 |
| **s** | **transcribed** 2:25 | |
| **s** 2:5 3:1 4:1 | **transcript** 8:4 | |
| **sdny** 2:6 | **true** 8:4 | |
| **section** 4:19 | **trustee** 3:10,11 | |
| **september** 1:15 2:14 | **u** | |
| **signature** 8:6 | **u.s.** 1:23 | |
| **solutions** 8:20 | **under** 4:19 5:2 5:13,24 | |
| **sonya** 2:25 8:3 8:8 | **united** 1:1,11 2:5 | |
| **sounded** 5:7 | **unknown** 1:25 | |
| **southern** 1:2 | **used** 4:17 | |
| **spouse** 4:15 5:14 | **v** | |
| **state** 5:2 | **value** 4:16,22 5:4 | |
| **states** 1:1,11 2:5 | **veritext** 8:20 | |
| **street** 1:12 | **videoconfere...** 2:7 | |
| **strip** 4:5 | **vs** 6:8 | |
| **subtracting** 4:20 | **w** | |
| **suite** 3:5,12 8:22 | **w** 1:7 2:4,11 | |
| **t** | **wednesday** 2:14 | |
| **t** 8:1,1 | **white** 1:13 3:6 3:13 | |

212-267-6868                    Veritext Legal Solutions                    516-608-2400
                                 www.veritext.com