UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY CAGLIONE,

                    Appellant,

          -against-

KEY BANK, NATIONAL ASSOCIATION,

                    Appellee.

**ORDER**

25-CV-08182 (PMH)

PHILIP M. HALPERN, United States District Judge:

Appellant served and filed his opening brief on December 5, 2025. (Doc. 5). Pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(2), Appellee's brief was due January 5, 2026. Appellee has not filed a brief or otherwise communicated with the Court in any way.

The Court sua sponte extends the time to file. Accordingly, Appellee shall file its brief by February 13, 2026.

**SO ORDERED.**

Dated:    White Plains, New York
          January 30, 2026

_____
PHILIP M. HALPERN
United States District Judge